```
                       UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 24-20255-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
                                         Fort Lauderdale, Florida

                                         August 8, 2025
                vs.                      9:05 a.m. - 9:16 a.m.

PATRICK BOYD
CHARLES BOYD

                  Defendant.            Pages 1 - 13
-------------------------------------------------------------
                       CALENDAR CALL HEARING
            BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS
                    UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:      ALEXANDER T. POGOZELSKI, ESQUIRE
                         JACQUELINE DEROVANESIAN, ESQUIRE
                         UNITED STATES ATTORNEY'S OFFICE
                         99 N.E. 4th Street
                         Miami, Florida 33132
                         alexander.pogozelski@usdoj.gov
                         jacqueline.derovanesian@usdoj.gov

FOR THE DEFENDANT
PATRICK BOYD:            WILLIAM R. BARZEE, ESQUIRE
                         BARZEE FLORES ATTORNEYS AT LAW
                         40 N.W. Third Street, Penthouse 1
                         Miami, Florida 33128
                         williambarzee@barzeeflores.com

FOR THE DEFENDANT
CHARLES BOYD:            BRUCE A. ZIMET, ESQUIRE
                         BRUCE A. ZIMET, P.A.
                         1555 Palm Beach Lakes Blvd., Suite 1400
                         West Palm Beach, Florida 33401
                         baz@bruceazimetlaw.com

REPORTED BY:             GINA RODRIGUEZ, RPR, CRR, CRC
                         Federal Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         gina_rodriguez@flsd.uscourts.gov
```

(Case called to order.)

THE COURT:  United States versus Patrick Boyd and Charles Boyd.

Counsel announce their appearances for the record.

MR. POGOZELSKI:  Good morning, Your Honor.  Alex Pogozelski and Jacqueline DerOvanesian on behalf of the United States.

MR. ZIMET:  Good morning, Your Honor.  May I please the Court.  Bruce Zimet on behalf of Charles Boyd, who is present.

MR. BARZEE:  Good morning, Your Honor.  William Barzee on behalf of Patrick Boyd present in court.

THE COURT:  And what is the status on this case?

MR. POGOZELSKI:  Your Honor --

Would you like to start or . . .

MR. ZIMET:  Go ahead.

MR. POGOZELSKI:  Your Honor, we had filed the motion for the -- for a finding --

THE COURT:  Hold on for a second.  Didn't the lawyers for the law firm -- okay, they're on.

Go ahead, I'm sorry.

MR. POGOZELSKI:  No problem, Your Honor.

We had filed I think a couple or maybe a week and a half ago the motion for a full subject matter waiver and for a brief 30-day continuance.  And so I think the Judge,

Your Honor, entered an order on Wednesday that granted a more recently filed motion for clarification regarding the subject matter waiver.  And I believe the parties are in agreement to a brief 30-day continuance of the trial to allow us to obtain documents from Frier Levitt and their counsel, Jason Gold, and I believe also to make sure that we have all of their privileged documents.  Defense counsel was kind enough to raise with me yesterday or two days ago the fact that he had a privileged document that's relevant that we don't have.  But we think we can iron all that out within 30 days.  And so we are requesting a new trial date of September 15th.

THE COURT:  Mr. Zimet.

MR. ZIMET:  Judge, we concur also for our final trial preparation.  I think the date was September 16th because I think there's an issue with one of the attorneys being available on the 15th.

THE COURT:  I think the next week I may be out of town.  We'd have to break the trial up if we started then.

MR. ZIMET:  There's some Jewish holidays during that trial period also, Judge, that might coincide with your . . .

THE COURT:  Right.

When am I out of town?

Yeah, I think I'm off that whole week of September 16th.

MR. POGOZELSKI:  September 22nd we would also be fine

with.  I would be fine starting on my birthday.

MR. ZIMET:  That's a Jewish holiday.

MR. POGOZELSKI:  Or not.

MR. ZIMET:  We knew Mr. Pogozelski was special being born on a Jewish holiday.

MR. POGOZELSKI:  And then I guess the only other thing I would note is that the following week, September 29th, we have a number of conflicts with a witness and with a Government team.  So if we can't do it, we would request October 6th.

THE COURT:  How long do you think the case is going to take to try?

MR. POGOZELSKI:  We're looking at two weeks for the Government's case in chief assuming full trial days and no unexpected surprises.

THE COURT:  All right.  So chances of just trying this case straight through five days a week until it's done, we may have to break up the trials for holidays or . . .  In October, I'm in a conference in Savannah, so we may have to break it up. So why don't we try to do it as soon as we can, which would be September 23rd.

THE DEPUTY CLERK:  Rosh Hashanah.

THE COURT:  Rosh Hashanah is when?

MR. ZIMET:  22nd, 23rd, Judge.

THE COURT:  So we can start the 24th then?

THE DEPUTY CLERK:  I have the 22nd through the 24th.

Just two days.

MR. ZIMET:  Yes, it's two days.  I think we would be here, but we might have a juror issue, obviously, on the second day.  And then the next Thursday is Yom Kippur.

THE COURT:  We will be off for that.

Mr. Barzee.

MR. BARZEE:  Your Honor, I just have to raise with you, I have a special set trial in Manatee County state court that's scheduled for either the first or the second week of -- I mean, either the week of October 6th or the week of October 13th.

THE COURT:  Is that a criminal case?

MR. BARZEE:  It is a criminal case.  It is about three and a half years old.  It is a sex offense with witnesses from various states and international travel.  And the judge has set this down for rock solid we're going to trial October 6th or October 13th.  So I have to notify the Court.

THE COURT:  I appreciate you doing that.  It's been pending for three and a half years?

MR. BARZEE:  Yes, sir.

THE COURT:  In front of the same judge?

MR. BARZEE:  Yes, Judge Mercurio.

THE COURT:  I don't know him or her, but sometimes it takes a while in state court.

MR. BARZEE:  One of the major difficulties is of the

State's three major witnesses, one is in Colorado, one's in Oklahoma, and one's in Canada, so they all have to arrange for the travel.

THE COURT:  And when is it supposed to start?

MR. BARZEE:  Either the week of the 6th or the week of October 13th.

THE COURT:  We start on September 24th, we might be done by the 13th, I don't know.  Depends on how long the Defense case is going to be.

MR. BARZEE:  I know Judge Mercurio is going to ask for a transcript of this hearing to make sure that I informed you that he's written this in stone and is begging for this trial to go October the 6th or the 13th.

THE COURT:  Well, I mean, I can continue the case until after that trial is over with.  And then I don't know Judge Mercurio, I'm sure he's a fine judge, but sometimes cases settle.  You're telling me you don't think the case is going to settle?

MR. BARZEE:  It doesn't look like it's anywhere near a settlement posture, Your Honor.  I'm not saying it's not possible, but it's extremely unlikely I would say.  That's a one-week case at the most.  So if it were to go October 13th, it would be over by the 20th.

THE COURT:  What's the Government's thought on if we start on the 24th?  And maybe Mr. Zimet and Mr. Barzee have a

better idea if the Government's case takes two weeks, the chances of our being able to get done in time for the state court case to commence on time?

MR. POGOZELSKI:  Yes, Your Honor.  I believe if we started on the 24th, one, two, three, four, five, six, seven, eight, nine, ten, and assuming no other breaks, we would expect to be finished with our case by October 7th or October 8th if there's another Jewish holiday in there.

THE COURT:  What if we start a week earlier on September 17th?  That only gives us three extra days because the 22nd and the 23rd are holidays.

MR. POGOZELSKI:  That would be fine for the Government, Your Honor.

THE COURT:  I will just cut my vacation short.

THE DEPUTY CLERK:  Okay.

THE COURT:  So what do you guys think?  September 17th and try to get it done before the October criminal court case is supposed to start or wait until the end of October to start the case?

MR. ZIMET:  Judge, my preference would be to start on the 16th or the 17th of September.  You're going to be away.

THE COURT:  Well, I am coming back early, so I could come back earlier.

MR. ZIMET:  Seventeenth I think would work, Judge.

MR. POGOZELSKI:  And the Government agrees, Your

Honor.  Sixteenth, seventeenth.  Whatever your Honor is willing to accommodate.

THE COURT:  Crystal, can you see if that's the first week or the second week of jury selection?

THE DEPUTY CLERK:  The second week starts on the 15th.  The first week starts on the 8th.

THE COURT:  It is harder to get jurors to commit on the second week for a longer trial.

And I'm here on the 12th, right?

THE DEPUTY CLERK:  No.

THE COURT:  So I'm here on the 11th.

Why don't we do a calendar call on September 11th at 9 o'clock.  Looking at a September 17th, 9 o'clock trial date.  Does that work for everybody?

MR. ZIMET:  Judge, I'm sorry.  I have a problem.  My wife is having surgery on the 11th, so I need to be with her.

THE COURT:  On the 10th?

MR. ZIMET:  The 10th I can do, yes.

MR. POGOZELSKI:  That works for the Government.  Thank you very much, Your Honor.

THE COURT:  Mr. Barzee?

MR. BARZEE:  Your Honor, I have a sentencing hearing in front of Judge Moreno on the 10th at 10 a.m. in Miami.

THE COURT:  You want to do the calendar call in the afternoon?

MR. BARZEE:  That's fine.  I can make that.

THE COURT:  Do I have 1 o'clock on the 10th available?

THE DEPUTY CLERK:  Yes, that's available, Judge.

THE COURT:  Is that okay, Mr. Zimet?

MR. ZIMET:  Yes, sir.

THE COURT:  Your lawyers asked me to postpone your trial which would toll your right to a speedy trial.  Is that okay with you, Patrick Boyd?

MR. PATRICK BOYD:  Yes, Your Honor.

THE COURT:  Is that okay with you, Charles Boyd?

MR. CHARLES BOYD:  Yes, Your Honor.

THE COURT:  All right.  I will grant Defense continuances on both cases.  We'll set the trial for September 17th at 9 o'clock in the morning with a calendar call of September 10th at 1 o'clock in the afternoon.  And we will see everybody back on those two dates.

MR. POGOZELSKI:  Thank you very much, Your Honor. Have a nice day.

(Proceedings concluded at 9:16 a.m.)

                        C E R T I F I C A T E


        I, Gina Rodriguez, Federal Official Realtime Court

Reporter, in and for the United States District Court for the

Southern District of Florida, do hereby certify, pursuant to

Section 753, Title 28, United States Code, that the foregoing

is a true and correct transcript of the stenographically

reported proceedings held in the above-entitled matter, and

that the transcript page format is in conformance with the

regulations of the Judicial Conference of the United States.


August 18, 2025          /s/ Gina Rodriguez
                         Gina Rodriguez, RPR, CRR, CRC
                         Federal Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         gina_rodriguez@flsd.uscourts.gov

MR. BARZEE: [11]
MR. CHARLES BOYD: [1]  9/11
MR. PATRICK BOYD: [1]  9/9
MR. POGOZELSKI: [13]
MR. ZIMET: [13]
THE COURT: [34]
THE DEPUTY CLERK: [6]  4/21 4/25
7/15 8/5 8/10 9/3

**/**

/s [1]  10/13

**1**

1 o'clock [2]  9/2 9/15
10 [1]  8/23
10th [5]  8/17 8/18 8/23 9/2 9/15
11th [3]  8/11 8/12 8/16
12th [1]  8/9
13 [1]  1/8
13th [6]  5/11 5/17 6/6 6/8 6/13 6/22
1400 [1]  1/21
1555 [1]  1/21
15th [3]  3/11 3/16 8/5
16th [3]  3/14 3/24 7/21
17th [5]  7/10 7/16 7/21 8/13 9/14
18 [1]  10/13

**2**

2025 [2]  1/5 10/13
20th [1]  6/23
22nd [4]  3/25 4/23 4/25 7/11
23rd [3]  4/20 4/23 7/11
24-20255-CR-DIMITROULEAS [1]  1/2
24th [5]  4/24 4/25 6/7 6/25 7/5
28 [1]  10/6
299 [2]  1/24 10/14
29th [1]  4/7

**3**

30 days [1]  3/10
30-day [2]  2/25 3/4
33128 [1]  1/18
33132 [1]  1/14
33301 [2]  1/24 10/15
33401 [1]  1/21

**4**

40 [1]  1/17
4th [1]  1/13

**6**

6th [5]  4/9 5/10 5/16 6/5 6/13

**7**

753 [1]  10/6
7th [1]  7/7

**8**

8th [2]  7/7 8/6

**9**

9 o'clock [1]  8/13
99 [1]  1/13
9:05 [1]  1/5
9:16 [2]  1/5 9/19

**A**

a.m [4]  1/5 1/5 8/23 9/19

able [1]  7/2
about [1]  5/13
above [1]  10/8
above-entitled [1]  10/8
accommodate [1]  8/2
after [1]  6/15
afternoon [2]  8/25 9/15
ago [2]  2/24 3/8
agreement [1]  3/3
agrees [1]  7/25
ahead [2]  2/16 2/21
Alex [1]  2/5
ALEXANDER [1]  1/12
alexander.pogozelski [1]  1/14
all [5]  3/6 3/10 4/15 6/2 9/12
allow [1]  3/4
also [4]  3/6 3/13 3/20 3/25
am [2]  3/22 7/22
AMERICA [1]  1/3
announce [1]  2/4
another [1]  7/8
anywhere [1]  6/19
appearances [2]  1/11 2/4
appreciate [1]  5/18
are [3]  3/3 3/10 7/11
arrange [1]  6/2
as [2]  4/19 4/19
ask [1]  6/10
asked [1]  9/6
assuming [2]  4/13 7/6
at [9]  1/17 4/12 6/22 8/12 8/13 8/23 9/14
 9/15 9/19
ATTORNEY'S [1]  1/13
attorneys [2]  1/17 3/15
August [2]  1/5 10/13
available [3]  3/16 9/2 9/3
away [1]  7/21

**B**

back [3]  7/22 7/23 9/16
BARZEE [6]  1/16 1/17 2/11 5/6 6/25
 8/21
barzeeflores.com [1]  1/18
baz [1]  1/22
be [14]
Beach [2]  1/21 1/21
because [2]  3/14 7/10
been [1]  5/18
before [2]  1/9 7/17
begging [1]  6/12
behalf [3]  2/6 2/9 2/12
being [3]  3/15 4/4 7/2
believe [3]  3/3 3/6 7/4
better [1]  7/1
birthday [1]  4/1
Blvd [1]  1/21
born [1]  4/5
both [1]  9/13
Boulevard [2]  1/24 10/14
BOYD [10]  1/6 1/7 1/16 1/20 2/2 2/3 2/9
 2/12 9/8 9/10
break [3]  3/18 4/17 4/18
breaks [1]  7/6
brief [2]  2/25 3/4
Broward [2]  1/24 10/14
BRUCE [3]  1/20 1/20 2/9
bruceazimetlaw.com [1]  1/22
but [5]  3/9 5/3 5/23 6/16 6/21

**C**

calendar [4]  1/9 8/12 8/24 9/14
call [4]  1/9 8/12 8/24 9/14
called [1]  2/1
can [7]  3/10 4/19 4/24 6/14 8/3 8/18 9/1
can't [1]  4/9
Canada [1]  6/2
case [17]
cases [2]  6/16 9/13
certify [1]  10/5
chances [2]  4/15 7/2
CHARLES [5]  1/7 1/20 2/3 2/9 9/10
chief [1]  4/13
clarification [1]  3/2
Code [1]  10/6
coincide [1]  3/20
Colorado [1]  6/1
come [1]  7/23
coming [1]  7/22
commence [1]  7/3
commit [1]  8/7
concluded [1]  9/19
concur [1]  3/13
conference [2]  4/18 10/10
conflicts [1]  4/8
conformance [1]  10/9
continuance [2]  2/25 3/4
continuances [1]  9/13
continue [1]  6/14
correct [1]  10/7
could [1]  7/22
counsel [3]  2/4 3/5 3/7
County [1]  5/8
couple [1]  2/23
court [12]
CR [1]  1/2
CRC [2]  1/23 10/13
criminal [3]  5/12 5/13 7/17
CRR [2]  1/23 10/13
Crystal [1]  8/3
cut [1]  7/14

**D**

date [3]  3/11 3/14 8/13
dates [1]  9/16
day [4]  2/25 3/4 5/4 9/18
days [7]  3/8 3/10 4/13 4/16 5/1 5/2 7/10
Defendant [3]  1/8 1/16 1/19
Defense [3]  3/7 6/9 9/12
Depends [1]  6/8
DEROVANESIAN [2]  1/12 2/6
Didn't [1]  2/19
difficulties [1]  5/25
DIMITROULEAS [2]  1/2 1/9
DISTRICT [5]  1/1 1/1 1/10 10/4 10/5
do [9]  4/9 4/10 4/19 7/16 8/12 8/18 8/24
 9/2 10/5
document [1]  3/9
documents [2]  3/5 3/7
Does [1]  8/14
doesn't [1]  6/19
doing [1]  5/18
don't [7]  3/9 4/19 5/23 6/8 6/15 6/17
 8/12
done [4]  4/16 6/8 7/2 7/17
down [1]  5/16
during [1]  3/19

**E**

early [1]  7/22
East [2]  1/24 10/14
eight [1]  7/6
either [3]  5/9 5/10 6/5
end [1]  7/18
enough [1]  3/7
entered [1]  3/1
entitled [1]  10/8
ESQUIRE [4]  1/12 1/12 1/16 1/20
everybody [2]  8/14 9/16
expect [1]  7/6
extra [1]  7/10
extremely [1]  6/21

**F**

fact [1]  3/8
Federal [3]  1/23 10/3 10/14
filed [3]  2/17 2/23 3/2
final [1]  3/13
finding [1]  2/18
fine [5]  3/25 4/1 6/16 7/12 9/1
finished [1]  7/7
firm [1]  2/20
first [3]  5/9 8/3 8/6
five [2]  4/16 7/5
five days [1]  4/16
FLORES [1]  1/17
FLORIDA [8]  1/1 1/4 1/14 1/18 1/21
 1/24 10/5 10/15
flsd.uscourts.gov [2]  1/25 10/15
following [1]  4/7
foregoing [1]  10/6
format [1]  10/9
Fort [3]  1/4 1/24 10/15
four [1]  7/5
Frier [1]  3/5
Frier Levitt [1]  3/5
front [2]  5/21 8/23
full [2]  2/24 4/13

**G**

get [3]  7/2 7/17 8/7
gina [6]  1/23 1/25 10/3 10/13 10/13
 10/15
gives [1]  7/10
go [4]  2/16 2/21 6/13 6/22
going [6]  4/10 5/16 6/9 6/10 6/17 7/21
Gold [1]  3/5
Good [3]  2/5 2/8 2/11
GOVERNMENT [5]  1/12 4/8 7/13 7/25
 8/19
Government's [3]  4/13 6/24 7/1
grant [1]  9/12
granted [1]  3/1
guess [1]  4/6
guys [1]  7/16

**H**

had [3]  2/17 2/23 3/8
half [3]  2/24 5/14 5/19
harder [1]  8/7
has [1]  5/15
Hashanah [2]  4/21 4/22
have [17]
having [1]  8/16
he [1]  3/8
he's [2]  6/12 6/16

hearing [3]  1/9 6/11 8/22
held [1]  10/8
her [2]  5/23 8/16
here [3]  5/3 8/9 8/11
hereby [1]  10/5
him [1]  5/23
Hold [1]  2/19
holiday [3]  4/2 4/5 7/8
holidays [3]  3/19 4/17 7/11
Honor [18]
HONORABLE [1]  1/9
how [2]  4/10 6/8

**I**

I'm [8]  2/21 3/23 4/18 6/16 6/20 8/9 8/11
 8/15
idea [1]  7/1
if [9]  3/18 4/9 6/22 6/24 7/1 7/4 7/7 7/9
 8/3
in [23]
informed [1]  6/11
international [1]  5/15
iron [1]  3/10
is [27]
issue [2]  3/15 5/3
it [13]
it's [6]  4/16 5/2 5/18 6/19 6/20 6/21

**J**

JACQUELINE [2]  1/12 2/6
jacqueline.derovanesian [1]  1/15
Jason [1]  3/5
Jewish [4]  3/19 4/2 4/5 7/8
judge [16]
Judicial [1]  10/10
juror [1]  5/3
jurors [1]  8/7
jury [1]  8/4
just [4]  4/15 5/1 5/7 7/14

**K**

kind [1]  3/7
Kippur [1]  5/4
knew [1]  4/4
know [4]  5/23 6/8 6/10 6/15

**L**

Lakes [1]  1/21
Lauderdale [3]  1/4 1/24 10/15
law [2]  1/17 2/20
lawyers [2]  2/19 9/6
Levitt [1]  3/5
like [2]  2/15 6/19
long [2]  4/10 6/8
longer [1]  8/8
look [1]  6/19
looking [2]  4/12 8/13

**M**

major [2]  5/25 6/1
make [3]  3/6 6/11 9/1
Manatee [1]  5/8
matter [3]  2/24 3/3 10/8
may [4]  2/8 3/17 4/16 4/18
maybe [2]  2/23 6/25
me [3]  3/8 6/17 9/6
mean [2]  5/10 6/14
Mercurio [3]  5/22 6/10 6/16
Miami [3]  1/14 1/18 8/23

might [3]  3/20 5/3 6/7
more [1]  3/1
Moreno [1]  8/23
morning [4]  2/5 2/8 2/11 9/14
most [1]  6/22
motion [3]  2/17 2/24 3/2
Mr. [7]  3/12 4/4 5/6 6/25 6/25 8/21 9/4
Mr. Barzee [3]  5/6 6/25 8/21
Mr. Pogozelski [1]  4/4
Mr. Zimet [3]  3/12 6/25 9/4
much [2]  8/20 9/17
my [4]  4/1 7/14 7/20 8/15

**N**

N.E [1]  1/13
N.W [1]  1/17
near [1]  6/19
need [1]  8/16
new [1]  3/11
next [2]  3/17 5/4
nice [1]  9/18
nine [1]  7/6
no [5]  1/2 2/22 4/13 7/6 8/10
not [3]  4/3 6/20 6/20
note [1]  4/7
notify [1]  5/17
number [1]  4/8

**O**

o'clock [5]  8/13 8/13 9/2 9/14 9/15
obtain [1]  3/4
obviously [1]  5/3
October [13]
October 13th [4]  5/11 5/17 6/6 6/22
October 6th [3]  4/9 5/10 5/16
October 7th [1]  7/7
October 8th [1]  7/7
off [2]  3/23 5/5
offense [1]  5/14
OFFICE [1]  1/13
Official [3]  1/23 10/3 10/14
okay [5]  2/20 7/15 9/4 9/8 9/10
Oklahoma [1]  6/2
old [1]  5/14
on [31]
one [5]  3/15 5/25 6/1 6/22 7/5
one's [2]  6/1 6/2
one-week [1]  6/22
only [2]  4/6 7/10
or [15]
order [2]  2/1 3/1
other [2]  4/6 7/6
our [3]  3/13 7/2 7/7
out [3]  3/10 3/17 3/22
over [2]  6/15 6/23

**P**

P.A [1]  1/20
page [1]  10/9
Pages [1]  1/8
Palm [2]  1/21 1/21
parties [1]  3/3
PATRICK [5]  1/6 1/16 2/2 2/12 9/8
pending [1]  5/19
Penthouse [1]  1/17
period [1]  3/20
please [1]  2/8
POGOZELSKI [3]  1/12 2/6 4/4

**P**

possible [1]  6/21
postpone [1]  9/6
posture [1]  6/20
preference [1]  7/20
preparation [1]  3/14
present [2]  2/10 2/12
privileged [2]  3/7 3/9
problem [2]  2/22 8/15
proceedings [2]  9/19 10/8
pursuant [1]  10/5

**R**

raise [2]  3/7 5/7
Realtime [1]  10/3
recently [1]  3/2
record [1]  2/4
regarding [1]  3/2
regulations [1]  10/10
relevant [1]  3/9
reported [2]  1/23 10/8
Reporter [3]  1/23 10/4 10/14
request [1]  4/9
requesting [1]  3/11
right [5]  3/21 4/15 8/9 9/7 9/12
rock [1]  5/16
rodriguez [6]  1/23 1/25 10/3 10/13 10/13 10/15
Rosh [2]  4/21 4/22
RPR [2]  1/23 10/13

**S**

same [1]  5/21
Savannah [1]  4/18
say [1]  6/21
saying [1]  6/20
scheduled [1]  5/9
second [6]  2/19 5/3 5/9 8/4 8/5 8/8
Section [1]  10/6
see [2]  8/3 9/16
selection [1]  8/4
sentencing [1]  8/22
September [14]
September 10th [1]  9/15
September 11th [1]  8/12
September 15th [1]  3/11
September 16th [2]  3/14 3/24
September 17th [4]  7/10 7/16 8/13 9/14
September 22nd [1]  3/25
September 23rd [1]  4/20
September 24th [1]  6/7
September 29th [1]  4/7
set [3]  5/8 5/15 9/13
settle [2]  6/17 6/18
settlement [1]  6/20
seven [1]  7/5
seventeenth [2]  7/24 8/1
sex [1]  5/14
short [1]  7/14
sir [2]  5/20 9/5
six [1]  7/5
Sixteenth [1]  8/1
so [14]
solid [1]  5/16
some [1]  3/19
sometimes [2]  5/23 6/16
soon [1]  4/19
sorry [2]  2/21 8/15

SOUTHERN [2]  1/1 10/5
special [2]  4/4 5/8
speedy [1]  9/7
start [9]  2/15 4/24 6/4 6/7 6/25 7/9 7/18 7/18 7/20
started [2]  3/18 7/5
starting [1]  4/1
starts [2]  8/5 8/6
state [3]  5/8 5/24 7/2
State's [1]  6/1
states [10]  1/1 1/3 1/10 1/13 2/2 2/7 5/15 10/4 10/6 10/10
status [1]  2/13
stenographically [1]  10/7
stone [1]  6/12
straight [1]  4/16
Street [2]  1/13 1/17
subject [2]  2/24 3/2
Suite [1]  1/21
supposed [2]  6/4 7/18
sure [3]  3/6 6/11 6/16
surgery [1]  8/16
surprises [1]  4/14

**T**

take [1]  4/11
takes [2]  5/24 7/1
team [1]  4/9
telling [1]  6/17
ten [1]  7/6
Thank [2]  8/19 9/17
that [25]
that's [7]  3/9 4/2 5/9 6/21 8/3 9/1 9/3
their [3]  2/4 3/5 3/6
then [5]  3/18 4/6 4/24 5/4 6/15
there [1]  7/8
there's [3]  3/15 3/19 7/8
they [1]  6/2
they're [1]  2/20
thing [1]  4/6
think [12]
Third [1]  1/17
this [6]  2/13 4/15 5/16 6/11 6/12 6/12
those [1]  9/16
thought [1]  6/24
three [5]  5/13 5/19 6/1 7/5 7/10
through [2]  4/16 4/25
Thursday [1]  5/4
time [2]  7/2 7/3
Title [1]  10/6
toll [1]  9/7
town [2]  3/18 3/22
transcript [3]  6/11 10/7 10/9
travel [2]  5/15 6/3
trial [15]
trials [1]  4/17
true [1]  10/7
try [3]  4/11 4/19 7/17
trying [1]  4/15
two [7]  3/8 4/12 5/1 5/2 7/1 7/5 9/16
two days [3]  3/8 5/1 5/2
two weeks [2]  4/12 7/1

**U**

unexpected [1]  4/14
UNITED [9]  1/1 1/3 1/10 1/13 2/2 2/7 10/4 10/6 10/10
United States [2]  2/2 2/7

unlikely [1]  6/21
until [3]  4/16 6/15 7/18
up [3]  3/18 4/17 4/18
us [2]  3/4 7/10
usdoj.gov [2]  1/14 1/15

**V**

vacation [1]  7/14
various [1]  5/15
versus [1]  2/2
very [2]  8/20 9/17

**W**

wait [1]  7/18
waiver [2]  2/24 3/3
want [1]  8/24
was [3]  3/7 3/14 4/4
we [30]
We'd [1]  3/18
We'll [1]  9/13
we're [2]  4/12 5/16
Wednesday [1]  3/1
week [17]
weeks [2]  4/12 7/1
Well [2]  6/14 7/22
were [1]  6/22
West [1]  1/21
what [3]  2/13 7/9 7/16
What's [1]  6/24
Whatever [1]  8/1
when [3]  3/22 4/22 6/4
which [2]  4/19 9/7
while [1]  5/24
who [1]  2/9
whole [1]  3/23
why [2]  4/19 8/12
wife [1]  8/16
will [4]  5/5 7/14 9/12 9/15
WILLIAM [3]  1/9 1/16 2/11
williambarzee [1]  1/18
willing [1]  8/1
within [1]  3/10
witness [1]  4/8
witnesses [2]  5/14 6/1
work [2]  7/24 8/14
works [1]  8/19
would [14]
written [1]  6/12

**Y**

Yeah [1]  3/23
years [2]  5/14 5/19
yes [9]  5/2 5/20 5/22 7/4 8/18 9/3 9/5 9/9 9/11
yesterday [1]  3/8
Yom [1]  5/4
you [13]
You're [2]  6/17 7/21
your [22]
your Honor [11]

**Z**

ZIMET [6]  1/20 1/20 2/9 3/12 6/25 9/4