UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-DIMITROULEAS/HUNT

**UNITED STATES OF AMERICA,**

vs.

**PATRICK BOYD and**
**CHARLES BOYD,**

        **Defendants**.
_____/

## GOVERNMENT'S AMENDED WITNESS LIST

The United States hereby files an amended witness list adding two custodians of records, one for Microsoft Corporation and one for Yahoo Inc., if calling one or both of those witnesses becomes necessary prior to the United States resting. The United States respectfully requests leave to add additional witnesses based on their availability, whether or not one or both defendants testify, and whether the United States will present a rebuttal case. At trial, the United States anticipates it may call the following witnesses in its case-in-chief:[1]

1. Kathleen Eberspacher
2. Courtney Ruark-Coleman
3. Abigail Divilio
4. Jonathan Nicholls
5. Kendreas Ferdinand
6. Jon Atkinson
7. Kelsey Jones
8. Jon Weed
9. Anthony Berger
10. Fred Hopkins
11. Dwain Butler
12. Christopher Woo
13. Dhruv Ralhan

---

[1] The United States does not expect all of the listed witnesses to testify but identifies in this filing potential witnesses out of an abundance of caution.

14. Adam Brosius
15. Gustavo Borja
16. Adedayo Akanbi
17. Lisa Trissell
18. Daniel Conger
19. J.R.[2]
20. Vipulbhai Parekh
21. Michael Rosenbaum
22. Jesse Dresser
23. Martha Rumore
24. Christina Picard
25. William Fadel
26. Michael Coscia
27. Manjula Chitkula
28. Harpreet Dhanota (Gilead Sciences)
29. Christopher Trent (Janssen/Johnson & Johnson)
30. Peter Khaim
31. Nicole Wolfe (ViiV Healthcare/GSK)
32. Custodian of Records for Microsoft Corporation
33. Custodian of Records for Yahoo Inc.
34. Case agent

Date: October 18, 2025

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By: */s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
Assistant United States Attorney
Florida Special Bar No. A5502549
99 Northeast 4th Street
Miami, Florida 33132
Tel: (786) 649-5251
Email: Alexander.Pogozelski@usdoj.gov

*/s/ Jacqueline Zee DerOvanesian*
Jacqueline Zee DerOvanesian

---

[2] The United States has previously provided the defense with the full name of this witness, along with other discovery materials for the witness.

Trial Attorney
Florida Bar No. 125662
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 285-9285
Email: Jacqueline.DerOvanesian@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Alexander Thor Pogozelski, hereby certify that on October 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Alexander Thor Pogozelski*
Assistant United States Attorney
