UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-DIMITROULEAS/HUNT

UNITED STATES OF AMERICA,

vs.

CHARLES BOYD,

        Defendant.
_____/

### VERDICT FORM

We, the jury, unanimously find as follows as to the charges against Defendant Charles Boyd:

1. As to Count 1, conspiracy to introduce or deliver for introduction into interstate commerce adulterated and misbranded drugs with the intent to defraud or mislead, and to defraud the FDA,

    ✓
_____                          _____
GUILTY                                NOT GUILTY

If your verdict is GUILTY, please answer the following:

We, the jury, unanimously find the Government proved the following object(s) of the conspiracy:

_____ Introducing or delivering for introduction into interstate commerce adulterated drugs with the intent to defraud or mislead.

✓ Introducing or delivering for introduction into interstate commerce misbranded drugs with the intent to defraud or mislead.

_____ Defrauding the FDA.

2. As to Count 2, the shipment of misbranded Biktarvy on or about January 21, 2021,

✓
_____        _____
GUILTY              NOT GUILTY

3. As to Count 3, the shipment of misbranded Biktarvy on or about February 23, 2021,

✓
_____        _____
GUILTY              NOT GUILTY

4. As to Count 4, conspiracy to traffic in pre-retail medical products with false documentation,

✓
_____        _____
GUILTY              NOT GUILTY

If your verdict is GUILTY, please answer the following:

We, the jury, unanimously find the Government proved the following object(s) of the conspiracy:

_____ Knowingly and falsely making or altering the labeling or documentation (including documentation relating to origination or shipping) of a pre-retail medical product.

✓ Knowingly possessing, transporting, or trafficking in a pre-retail medical product involving false or altered labeling or documentation (including documentation relating to origination or shipping).

5. As to Count 5, conspiracy to commit wire fraud,

✓
_____        _____
GUILTY              NOT GUILTY

6. As to Count 6, wire fraud involving the wire transfer of $400,000 to Gentek on or about August 6, 2020,

✓
_____        _____
GUILTY              NOT GUILTY

7. As to Count 7, wire fraud involving the email transmission from Adam Brosius to

Patrick Boyd and Charles Boyd on or about October 30, 2020,

__✓__ GUILTY          _____ NOT GUILTY

8. As to Count 8, wire fraud involving the email transmission from Safe Chain to its pharmacy customer on or about April 13, 2021,

__✓__ GUILTY          _____ NOT GUILTY

So Say We All
_____

Date: __10/29/2025__