UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ADAM BROSIUS**,

    Defendant.

_____/

CASE NO. **24-CR-20255-WPD**

FL. BAR NO. 883719

### OBJECTION AND RESPONSE TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, ADAM BROSIUS, through undersigned counsel, and responds to the PreSentence Investigation Report filed in the above cause and states:

1. As to **Specific Offense Characteristics** (Page 14, Paragraph 56), the Defendant objects to the addition of 2 additional points.

2. As to **Specific Offense Characteristics** (Page 14, Paragraph 58), the Defendant objects to the addition of 4 additional points.

3. As to **Adjustment for Role in the Offense** (Page 14, Paragraph 60), the Defendant objects to the addition of 2 additional points.

4. As to **Adjusted Offense Level (subtotal)** (Page 14, Paragraph 63), the subtotal should be **33**.

5. As to **Total Offense Level** (Page 14, Paragraph 67), the total should therefore be **30**.

6. As to **Custody Guideline Provisions** (Page 22, Paragraph 108), based upon a total offense level of **30**, and a criminal history category **I**, the guideline imprisonment range is **97-121** months.

7. The addition of the 8 additional points to the Offense Level Computation was not stipulated to in the plea agreement. In fact, these were items that were specifically considered and taken into account by the government in charging the Defendant in the Indictment and in the

CASE NO.  24-CR020255-WPD
**DEFENDANT'S OBJECTIONS TO PSI**

actual terms of the Plea Agreement. These additional points are over-representative of the offense committed, charged and pled to. Their inclusion is over-representative of the offense committed as delineated in the Factual Proffer and the companion Plea Agreement as prepared by the government and ratified by the Court. The Defendant was originally charged with multiple counts and pled guilty to one count of conspiracy as offerd by the government.  This is indicative of his involvement in the underlying case wherein the co-defendants were found guilty of multiple charges.  Should the government have wanted these additional points added, they would have included Eden's as terms of the Plea Agreement.   The fact that these points are not included or referred to is in indicative of the fact that the government waived their inclusion in the calculation of the sentencing guidelines.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was electronically filed with the Clerk of Court using CM/ECF this 2ND day of NOVEMBER, 2025.

Respectfully submitted,

**By:_/s/ Stephen T. Millan**
Stephen T. Millan, Esq.

MILLAN LAW FIRM, P.A.
Counsel for the Defendant
1815 NW 7TH Street
Miami, Florida  33125
Tel. (305) 644-1800
         (786) 214-0903
EMAIL:  MillanSTM@gmail.com