UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

PARTICK BOYD
and CHARLES BOYD,

                **Defendant**.
_____/

## GOVERNMENT'S ADMITTED EXHIBITS

| Presiding Judge:<br>**The Honorable William P. Dimitrouleas** | Government Prosecutors:<br>**Alexander Thor Pogozelski**<br>**Jacqueline DerOvanesian** | Defense Attorneys:<br>**Bruce Zimet**<br>**William Barzee**<br>**Ivlis Mantilla** |
|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | *Intentionally Left Blank* |
| 2 | 10/6 | 10/6 | | 2020.07.08 Teams from Patrick Boyd to Adam Brosius - SCSRELATIVITY_0000769223 |
| 3 | | | | *Intentionally Left Blank* |
| 3Z | | | | *Intentionally Left Blank* |
| 4 | 10/6 | 10/6 | | 2020.08.14 Text Patrick Boyd and Charles Boyd - SCSRELATIVITY_0001557545 |
| 5 | | | | *Intentionally Left Blank* |
| 5Z | | | | *Intentionally Left Blank* |
| 6 | | | | *Intentionally Left Blank* |
| 7 | | | | *Intentionally Left Blank* |
| 8 | | | | *Intentionally Left Blank* |
| 9 | | | | *Intentionally Left Blank* |
| 9Z | | | | *Intentionally Left Blank* |
| 10 | | | | *Intentionally Left Blank* |
| 10Z | | | | *Intentionally Left Blank* |
| 11 | | | | *Intentionally Left Blank* |
| 11Z | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 12 | | | | *Intentionally Left Blank* |
| 12Z | | | | *Intentionally Left Blank* |
| 13 | 10/6 | 10/6 | | 2021.01.21 Safe Chain Shipment to Pharmacy 1 Invoice - SCSRELATIVITY_0001424549-50 |
| 14 | 10/6 | 10/6 | | 2021.01.21 Safe Chain Shipping Confirmation to Pharmacy 1 - SCSRELATIVITY_0001424354 |
| 15 | 10/6 | 10/6 | | 2021.01.21 Safe Chain T3-Pedigree for Pharmacy 1 - SCSRELATIVITY_0001335903 |
| 16 | 10/6 | 10/6 | | 2021.02.23 Safe Chain T3-Pedigree for Pharmacy 2 - SCSRELATIVITY_0001427973 |
| 17 | 10/6 | 10/6 | | 2021.02.23 Shipment of Biktarvy to Pharmacy 2 Invoice - SCSRELATIVITY_0001423800-01 |
| 18 | 10/6 | 10/6 | | 2021.02.23 Shipment of Biktarvy to Pharmacy 2 Shipping Confirmation - SCSRELATIVITY_0001425611 |
| 19 | 10/20 | 10/20 | | 2020.08.06 400k Wire Transfer from World Wide Pharma JPMC x5196 to Gentek Citizens x4795 - SCS-0000073164, SCS-0000000231 |
| 19Z | | | | *Intentionally Left Blank* |
| 20 | 10/6 | 10/6 | | 2020.10.30 Teams from Adam Brosius to Patrick Boyd and Charles Boyd - SCSRELATIVITY_0000755484 |
| 21 | 10/6 | 10/6 | | 2021.04.13 Email from Safe Chain to Pharmacy 1 LLC re T3s - SCSRELATIVITY_0001393753-802 |
| **030s – Physical Exhibits** | | | | |
| 30 | 9/19 | 9/19 | | Two bottles of Biktarvy (Lot CCZCBA) |
| 31 | | | | *Intentionally Left Blank* |
| 32 | | | | *Intentionally Left Blank* |
| 33 | | | | *Intentionally Left Blank* |
| 34 | | | | *Intentionally Left Blank* |
| 35 | | | | *Intentionally Left Blank* |
| 36 | | | | *Intentionally Left Blank* |
| **040s Summary Exhibits** | | | | |
| 40 | 10/20 | 10/20 | | Financial Summary Exhibits |
| 40A | 10/20 | 10/20 | | Safe Chain Summary of Payments to HIV Suppliers |
| 40B | 10/20 | 10/20 | | Safe Chain Time Period of Payments to HIV Suppliers |
| 40C | 10/20 | 10/20 | | Safe Chain Payments to Boulevard 9229, LLC |
| 40D | 10/20 | 10/20 | | Safe Chain Summary of Payments to Boulevard 9229, LLC |
| 40E | 10/20 | 10/20 | | Safe Chain Payment Details to Boulevard 9229, LLC |
| 40F | 10/20 | 10/20 | | Safe Chain Summary of Payments to Gentek, LLC |
| 40G | 10/20 | 10/20 | | Safe Chain Payment Details to Gentek, LLC |
| 40H | 10/20 | 10/20 | | Safe Chain Payment Details to Rapid's Tex via Mr. Unlimited, LLC |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 40I | 10/20 | 10/20 | | Safe Chain Summary of Payments to Synergy Group Wholesalers, LLC |
| 40J | 10/20 | 10/20 | | Safe Chain Payment Details to Synergy Group Wholesalers, LLC |
| 40K | 10/20 | 10/20 | | Safe Chain Payment Details to Omom Pharmaceuticals, LLC |
| 40L | 10/20 | 10/20 | | Safe Chain Total Revenue and Payments to HIV Suppliers |
| 41 | 10/6 | 10/6 | | Call Records Summary Exhibits |
| 41A | 10/6 | 10/6 | | Calls Summary - Charles Boyd and Peter Khaim |
| 41B | 10/6 | 10/6 | | Calls Summary - Charles Boyd, Adam Brosius, Potentially Peter Khaim |
| 41C | 10/6 | 10/6 | | Calls Summary - Charles Boyd and Edel Reyes |
| 41D | 10/6 | 10/6 | | Calls Summary - Charles Boyd, Adam Brosius, Potentially Edel Reyes |
| 41E | 10/6 | 10/6 | | Billing Toll Explanation Sheet |
| 42 | | | | *Intentionally Left Blank* |
| 43A | | | | *Intentionally Left Blank* |
| 43B | | | | *Intentionally Left Blank* |

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

**Dated:**   November 7, 2025          By:     */s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
Florida Special Bar No. A5502549
Assistant United States Attorney
99 Northeast 4th Street
Miami, Florida 33132
Tel: (786) 649-5251
Email: Alexander.Pogozelski@usdoj.gov

*/s/ Jacqueline Zee DerOvanesian*
Jacqueline Zee DerOvanesian
Trial Attorney
Florida Bar No. 125662

United States Department of Justice  
Criminal Division, Fraud Section  
1400 New York Avenue NW  
Washington, D.C. 20005  
Tel: (202) 285-9285  
Email: Jacqueline.DerOvanesian@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2025, a true and correct copy of the foregoing was filed and served on all counsel of record via the CM/ECF system.

**Dated:** November 7, 2025                     */s/ Alexander Thor Pogozelski*  
                                                Assistant United States Attorney