UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

PARTICK BOYD
and CHARLES BOYD,

        Defendant.
_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| Presiding Judge:<br>**The Honorable William P. Dimitrouleas** | Government Prosecutors:<br>**Alexander Thor Pogozelski**<br>**Jacqueline DerOvanesian** | Defense Attorneys:<br>**Bruce Zimet**<br>**William Barzee**<br>**Ivlis Mantilla** |
|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
|  | **080s Pedigree T3s** |
| 85 | 9/19 | 9/19 | | Excerpts of Boulevard T3s - SCSRELATIVITY_0001543891-1550902 |
| 86 | 9/25 | 9/25 | | Excerpts of Boulevard T3s - SCSRELATIVITY_0001321911-1427772 |
| 87 | 9/25 | 9/25 | | Excerpts of Boulevard T3s - SCSRELATIVITY_0001321264-1322006 |
| 88 | 9/25 | 9/25 | | Excerpts of Boulevard T3s - SCSRELATIVITY_0001544806-1550925 |
| 89 | 9/25 | 9/25 | | Excerpts of Boulevard T3s - SCSRELATIVITY_0001320837-1451383 |
| 90 | 10/6 | 10/6 | | Gentek LLC T3s (January 2021) - SCSRELATIVITY_0001546249-1550697 |
| 91 | 10/6 | 10/6 | | Excerpts of ViiV T3s - WWPB001394-CTRL00042227 |
| 92 | 10/6 | 10/6 | | Excerpts of Synergy T3s - SCSRELATIVITY_0001320859 |
| 93 | 10/6 | 10/6 | | Gentek Janssen T3 - SCSRELATIVITY_0001339140 |
| 94 | 10/6 | 10/6 | | Janssen Synergy T3s - SCSRELATIVITY_0001320824 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 95 | 10/6 | 10/6 | | Rapids Tex - MR Unlimited Janssen T3 - SCSRELATIVITY_0001322169 |
| 96 | 10/6 | 10/6 | | Excerpts of Boulevard T3s - SCSRELATIVITY_0001320825 |
| 97 | 10/21 | 10/21 | | July to Sept. 2021 T3s for Janssen HIV products - SC-1983_00005894 |
| 98 | 10/6 | 10/6 | | 2020.06.29 – Safe Chain Solution T3s- SCSRELATIVITY_0002615865 |
| | | | | **100s-300s Emails** |
| 100 | | | | *Intentionally Left Blank* |
| 101 | 9/18 | 9/18 | | 2015.09.08 Email from Jesse Hammett to Katie Eberspacher et al. re DSCSA - SCSRELATIVITY_0001326066 |
| 102 | 10/6 | 10/6 | | 2015.09.29 Email from Jesse Hammet to Charles Boyd and Patrick Boyd FW Harvard Responses - SCSRELATIVITY_0001328181-82 |
| 103 | 10/6 | 10/6 | | 2016.01.05 Email from Paul Rossell CC Patrick Boyd re Discounted Products - HIV Drugs - SCSRELATIVITY_0001325772-73 |
| 104 | 10/6 | 10/6 | | 2016.03.31 Email from Patrick Boyd to Paul Rossell FW HIV Prices - SCSRELATIVITY_0001327713-14 |
| 104A | | | | *Intentionally Left Blank* |
| 105 | | | | *Intentionally Left Blank* |
| 106 | | | | *Intentionally Left Blank* |
| 107 | 9/18 | 9/18 | | 2018.07.05 Email from Katie Eberspacher to Charles Boyd and Patrick Boyd re VAWD Newsletter - SCSRELATIVITY_0001325438 |
| 108 | 10/6 | 10/6 | | 2018.07.05 Email from Patrick Boyd to Anthony Berger FW VAWD Newsletter - CTRL00465399 |
| 109 | 10/6 | 10/6 | | 2018.10.05 Email from Bill Carrieri to Charles Boyd re Trade Show Talk Points - SCSRELATIVITY_0001420626 |
| 110 | | | | *Intentionally Left Blank* |
| 111 | 9/19 | 9/19 | | 2020.04.22 Email from Kenzie Nalley to Compliance FW New Vendor - Boulevard 9229 - SCSRELATIVITY_0001430372 |
| 111A | 10/7 | 10/7 | | BLVD vendor app, W9, and license - SCSRELATIVITY_0001430373-75 |
| 112 | 10/8 | 10/8 | | 2020.04.27 Email from Ishbay Shukurov to Invoices re Boulevard 9229 LLC Invoice - SCSRELATIVITY_0001444974 |
| 113 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 114 | | | | *Intentionally Left Blank* |
| 115 | 10/6 | 10/6 | | 2020.06.12 Email from Courtney Schumacher to Invoices CC Charles Boyd FW New Vendor - Gentek - SCSRELATIVITY_0001370131 |
| 116 | 9/25 | 9/25 | | 2020.06.30 Email from Jesse Hammett to Charles Boyd re Kalorama Damaged Bottle - SCSRELATIVITY_0001365458 |
| 117 | | | | *Intentionally Left Blank* |
| 118 | 9/18 | 9/18 | | 2020.07.07 Email from Patrick Boyd to Safe Chain Employees re HIV Info Meeting - SCSRELATIVITY_0001339434 |
| 119 | 9/19 | 9/19 | | 2020.07.10 Email from Abigail Divilio to Adam Brosius et al RE Boulevard 9229 T3s - SCSRELATIVITY_0001435161 |
| 120 | | | | *Intentionally Left Blank* |
| 121 | | | | *Intentionally Left Blank* |
| 122 | | | | *Intentionally Left Blank* |
| 123 | 10/6 | 10/6 | | 2020.07.09 Email from Adam Brosius to Patrick Boyd et al. Re FW HIV Info Meeting - CTRL00041219 |
| 124 | 9/19 | 9/19 | | 2020.07.10 Email from Abigail Divilio to Charles Boyd and Adam Brosius re DSCSA Information - SCSRELATIVITY_0001339094 |

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

Dated:   November 7, 2025      By:   */s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
Florida Special Bar No. A5502549
Assistant United States Attorney
99 Northeast 4th Street
Miami, Florida 33132
Tel: (786) 649-5251
Email: Alexander.Pogozelski@usdoj.gov

/s/ Jacqueline Zee DerOvanesian
Jacqueline Zee DerOvanesian
Trial Attorney
Florida Bar No. 125662
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 285-9285
Email: Jacqueline.DerOvanesian@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 7, a true and correct copy of the foregoing was filed and served on all counsel of record via the CM/ECF system.

**Dated:** November 7, 2025                            /s/ Alexander Thor Pogozelski
                                                                        Assistant United States Attorney