UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

PARTICK BOYD
and CHARLES BOYD,

        Defendant.
_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| Presiding Judge:<br>**The Honorable William P. Dimitrouleas** | Government Prosecutors:<br>**Alexander Thor Pogozelski**<br>**Jacqueline DerOvanesian** | Defense Attorneys:<br>**Bruce Zimet**<br>**William Barzee**<br>**Ivlis Mantilla** |
|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 305 | 9/19 | 9/19 | | 2021.06.11 Email from Abigail Divilio to Darilyne Lewis re Follow Up Regarding Boulevard - SCSRELATIVITY_0001332356 |
| 306 | | | | *Intentionally Left Blank* |
| 306A | | | | *Intentionally Left Blank* |
| 307 | 10/6 | 10/6 | | 2021.03.19 Email from Charles Boyd to Katelyn Miller, Safe Chain Exec, and Kendreas Ferdinand RE Return Request: VLS Pharmacy 27-NY0160 - WWPB174773 |
| 308 | 10/6 | 10/6 | | 2021.03.19 Email from Katelyn Miller to Safe Chain Exec and Kendreas Ferdinand re Return Request: VLS Pharmacy 27-NY0160 - SCSRELATIVITY_0001366793-96 |
| 309 | | | | *Intentionally Left Blank* |
| 310 | 10/8 | 10/8 | | 2020.10.05 Email from King Kimchi to Abigail Divilio and Charles Boyd re CDGXKA - SCSRELATIVITY_0001433889-90 |
| 311 | | | | *Intentionally Left Blank* |
| 312 | | | | *Intentionally Left Blank* |
| 313 | | | | *Intentionally Left Blank* |

1

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 314 | | | | *Intentionally Left Blank* |
| 315 | | | | *Intentionally Left Blank* |
| 316 | 10/21 | 10/21 | | 2021.10.13 Email from King Kimchi to Abigail Divilio and Charles Boyd re Binder- SCSRELATIVITY_0001365752 |
| 317 | | | | *Intentionally Left Blank* |
| 317A | | | | *Intentionally Left Blank* |
| 318 | | | | *Intentionally Left Blank* |
| 319 | 10/21 | 10/21 | | 2021.03.29 Email from Abigail Divilio to Better Care Rx RE Better Care Rx Biktarvy - SCSRELATIVITY_0001341321 |
| 320 | 9/25 | 9/25 | | 2021.04.21 Email from Patrick Boyd to Charles Boyd et al. RE Gilead / Safe Chain - Call Follow Up - DOJ-PPM-0000115884 |
| 321 | | | | *Intentionally Left Blank* |
| 322 | 9/25 | 9/25 | | 2021.05.12 Email from Maureen Varco to Martha Rumore FW RxOut SafeChain Wholesaler - FL00030450 |
| 323 | 9/25 | 9/25 | | 2021.05.13 Email from Jesse Dresser to Martha Rumore FW FDA Request for T-con - FL00030391 |
| 324 | 9/25 | 9/25 | | 2021.05.17 Email from Jesse Dresser to Martha Rumore, Maureen Varco, Lucas Morgan RE Important FW FDA Communications - FL00030333 |
| 325 | | | | *Intentionally Left Blank* |
| 326 | | | | *Intentionally Left Blank* |
| 327 | | | | *Intentionally Left Blank* |
| 328 | 9/25 | 9/25 | | 2020.08.20 Email from John Morrone to Charles Boyd et al. re Recall Memorandum Wholesaler 4821-9072-7880 v.1 - FL00018080-81 |
| 329 | 9/25 | 9/25 | | 2020.08.21 Email from Martha Rumore to Charles Boyd et al RE Recall Memorandum Wholesaler 4821-9072-7880 v.1 - FL00018072 |
| 330 | | | | *Intentionally Left Blank* |
| 331 | | | | *Intentionally Left Blank* |
| 332 | | | | *Intentionally Left Blank* |
| 333 | 9/25 | 9/25 | | 2021.05.13 Email from Martha Rumore to Jesse Dresser RE FDA Request for T-con - FL00021404 |
| 334 | | | | *Intentionally Left Blank* |
| 335 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 336 | | | | *Intentionally Left Blank* |
| 337 | 9/30 | 9/30 | | 2021.04.21 Email from Katelyn Miller to Legend Drugs RE Track and Trace - Legend Drugs 1 |
| 337A | 9/30 | 9/30 | | 2021.04.21 Email Attachment from Katelyn Miller to Legend Drugs RE Track and Trace - Legend Drugs 1 |
| 338 | | | | *Intentionally Left Blank* |
| 339 | 10/6 | 10/6 | | 2021.04.20 Email from Patrick Boyd to Charles Boyd RE Gilead Correspondence - DOJ-PPM-0000117337 |
| 340 | | | | *Intentionally Left Blank* |
| 341 | 10/21 | 10/21 | | 2021.04.26 Email from Charles Boyd to Abigail Divilio RE Safechain Offer Sheet - SCSRELATIVITY_0001341110 |
| 342 | | | | *Intentionally Left Blank* |
| 343 | 10/6 | 10/6 | | 2020.08.10 Email from Charles Boyd to Sameer Biztransights and Peter Khaim re Introduction - SCSRELATIVITY_0001360436 |
| 344 | 10/6 | 10/6 | | 2020.12.14 Email from Charles Boyd to Blair Rosiello and Managers RE Manager Meeting Notes 12/14 - SCSRELATIVITY_0001339286-87 |
| 345 | | | | *Intentionally Left Blank* |
| 346 | | | | *Intentionally Left Blank* |
| 347 | 10/6 | 10/6 | | 2021.04.19 Email from Patrick Boyd to Charles Boyd FW INVICTA Vendor App - SCSRELATIVITY_0001403604 |
| 348 | 10/21 | 10/21 | | 2021.05.06 Email from Compliance to Customers re Safe Chain Solutions - Track-n-Trace T3 Records - CTRL02226334-35 |
| 349 | 10/6 | 10/6 | | 2020.08.27 Email from Charles Boyd to Jesse Hammett and Compliance RE Boulevard T3s - CTRL00039982 |
| 350 | 10/6 | 10/6 | | 2020.08.12 Email from King Kimchi to Charles Boyd re Updated BLVD 9229 Excel - SCSRELATIVITY_0001359099 |
| 351 | 10/6 | 10/6 | | 2020.08.12 Email from Charles Boyd to King Kimchi and Adam Brosius - SCSRELATIVITY_0001361221 |
| 352 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 353 | 10/6 | 10/6 | | 2020.06.10 Email from Garrett Mellott to Adam Brosius FW Global Damage / Open Product - ABWW-00022579 |
| 354 | | | | *Intentionally Left Blank* |
| 355 | | | | *Intentionally Left Blank* |
| 356 | 10/20 | 10/20 | | 2021.01.27 Email 2 from Patrick Boyd to Adam Brosius - SCSRELATIVITY_0001335409 |
| 357 | 10/21 | 10/21 | | 2020.06.02 Email from Abigail Divilio to John Morrone re Licensing Question - SCSREATIVITY_0002618672 |
| 358 | 10/20 | 10/20 | | 2020.10.15 Email from King Kimchi to Compliance, Charles Boyd, and Abigail Divilio re Binder - SCSRELATIVITY_0001330949 |
| 359 | | | | *Intentionally Left Blank* |
| 360 | | | | *Intentionally Left Blank* |
| 361 | 10/21 | 10/21 | | 2021.01.15 Email from Tim Streck to Dakota Flowers RE Pedigree Corrections - SCSRELATIVITY_0001330441 |
| 362 | 10/21 | 10/21 | | 2021.01.31 Email from Abigail Divilio to Charles Boyd FW Safe Chain Solutions Letter 01-21- SCSRELATIVITY_0001339385 |
| 363 | 10/21 | 10/21 | | 2021.02.01 Email from Charles Boyd to Adam Brosius and Patrick Boyd RE Safe Chain Solutions Letter 01-21 - SCSRELATIVITY_0001340304 |
| 364 | | | | *Intentionally Left Blank* |
| 365 | | | | *Intentionally Left Blank* |
| 366 | | | | *Intentionally Left Blank* |
| 367 | 10/21 | 10/21 | | 2020.11.25 Email from Patrick Boyd to Orders FW Inventory - SCSRELATIVITY_0001339987 |
| 368 | | | | *Intentionally Left Blank* |
| 369 | 10/21 | 10/21 | | 2021.02.01 Email from Tyler Tedrow to Patrick Boyd FW Return Label for 3 Biktarvys - SCSRELATIVITY_0001352455 |
| 370 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 371 | 10/20 | 10/20 | | 2019.12.17 Email from Charles Boyd to Adam Brosius et al. RE SCS- Safeway Summary Sheet - SCSRELATIVITY_0001420096 |
| 372 | 10/21 | 10/21 | | 2021.04.20 Email from Patrick Boyd to Charles Boyd RE Gilead Correspondence - DOJ-PPM-0000117337 |
| 373 | | | | *Intentionally Left Blank* |
| | | | | **400s Teams** |
| 400 | | | | *Intentionally Left Blank* |
| 401 | | | | *Intentionally Left Blank* |
| 402 | | | | *Intentionally Left Blank* |
| 403 | | | | *Intentionally Left Blank* |
| 404 | 10/6 | 10/6 | | 2020.05.13 Teams Adam Brosius and Patrick Boyd - RSMF_TEAMS_0000083340 |
| 405 | 10/6 | 10/6 | | 2020.05.19 Teams Adam Brosius and Patrick Boyd - RSMF_TEAMS_0000083337 |
| 406 | 10/6 | 10/6 | | 2020.05.22 Teams Adam Brosius and Charles Boyd - RSMF_TEAMS_0000076555 |
| 407 | | | | *Intentionally Left Blank* |
| 408 | 10/6 | 10/6 | | 2020.05.29 Teams Kenzie Nalley and Charles Boyd - RSMF_TEAMS_0000059471 |
| 409 | | | | *Intentionally Left Blank* |
| 410 | 10/6 | 10/6 | | 2020.07.08 Teams Patrick Boyd and Tyler Tedrow - RSMF_TEAMS_0000083013 |
| 411 | | | | *Intentionally Left Blank* |
| 412 | 10/6 | 10/6 | | 2020.07.16 Teams Adam Brosius and Patrick Boyd - RSMF_TEAMS_0000083290 |
| 413 | | | | *Intentionally Left Blank* |
| 414 | 10/6 | 10/6 | | 2020.07.17 Teams Patrick Boys and Michael Landy - RSMF_TEAMS_0000049795 |
| 415 | | | | *Intentionally Left Blank* |
| 415A | | | | *Intentionally Left Blank* |
| 415B | | | | *Intentionally Left Blank* |
| 416 | | | | *Intentionally Left Blank* |
| 417 | | | | *Intentionally Left Blank* |
| 418 | 9/19 | 9/19 | | 2020.08.17 Teams Jesse Hammett, Charles Boyd, and Abigail Divilio - RSMF_TEAMS_0000007332-33 |
| 419 | | | | *Intentionally Left Blank* |
| 420 | 9/18 | 9/18 | | 2020.08.31 Teams Patrick Boyd, Michael Landy et al. - RSMF_TEAMS_0000031443_Redacted |
| 421 | 9/19 | 9/19 | | 2020.09.01 Teams Patrick Boyd and Abigail Divilio - RSMF_TEAMS_0000074579 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 422 | 10/6 | 10/6 | | 2020.09.09 Teams Patrick Boyd, Jesse Hammett, Charles Boyd - RSMF_TEAMS_0000084207 |
| 423 | | | | *Intentionally Left Blank* |
| 424 | | | | *Intentionally Left Blank* |
| 425 | 9/19 | 9/19 | | 2020.09.10 Teams Patrick Boyd and Abigail Divilio - RSMF_TEAMS_0000074578 |
| 426 | | | | *Intentionally Left Blank* |
| 427 | 10/6 | 10/6 | | 2020.09.11 Teams Adam Brosius and Charles Boyd - RSMF_TEAMS_0000076439 |
| 428 | | | | *Intentionally Left Blank* |
| 429 | 9/19 | 9/19 | | 2020.09.24 Teams Patrick Boyd and Abigail Divilio - RSMF_TEAMS_0000074574 |
| 430 | 9/25 | 9/25 | | 2020.09.25 Teams Garrett Mellott and Charles Boyd - RSMF_TEAMS_0000051859 |

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

**Dated:** November 7, 2025   By:   */s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
Florida Special Bar No. A5502549
Assistant United States Attorney
99 Northeast 4th Street
Miami, Florida 33132
Tel: (786) 649-5251
Email: Alexander.Pogozelski@usdoj.gov

*/s/ Jacqueline Zee DerOvanesian*
Jacqueline Zee DerOvanesian
Trial Attorney
Florida Bar No. 125662
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW

6

Washington, D.C. 20005<br>
Tel: (202) 285-9285<br>
Email: Jacqueline.DerOvanesian@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2025 a true and correct copy of the foregoing was filed and served on all counsel of record via the CM/ECF system.

**Dated:** November 7, 2025                               */s/ Alexander Thor Pogozelski*
                                                                          Assistant United States Attorney