**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-CR-20255-DIMITROULEAS**

**UNITED STATES OF AMERICA**

**vs.**

**PARTICK BOYD**
**and CHARLES BOYD,**

           **Defendant**.

_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| Presiding Judge:<br>**The Honorable William P. Dimitrouleas** | Government Prosecutors:<br>**Alexander Thor Pogozelski**<br>**Jacqueline DerOvanesian** | Defense Attorneys:<br>**Bruce Zimet**<br>**William Barzee**<br>**Ivlis Mantilla** |
|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
|  | **600s Miscellaneous** |
| 600 | 9/18 | 9/18 | | 2015.05.02 SOP for Suspect & Illegitimate Product - SCSRELATIVITY_0001331049 |
| 601 | 9/18 | 9/18 | | 2015.05.09 Safe Chain SOP for Product Tracing - SCSRELATIVITY_0001320811 |
| 602 | 9/18 | 9/18 | | 2015.05.09 Safe Chain SOP for Vendor and Transaction History Authentication - SCSRELATIVITY_0001331052 |
| 603 | 9/18 | 9/18 | | 2017.06.05 Letter from Charles Boyd to NABP re VAWD Accreditation - DOJ-PPM-0000115843 |
| 604 | 9/18 | 9/18 | | 2018.01.08 Safe Chain SOPs for Returned, Outdated, and Damaged Product - SCSRELATIVITY_0001331046 |
| 605 | 9/18 | 9/18 | | 2018.01.09 Safe Chain SOPs for Trading Partner Validation - SCSRELATIVITY_0001331051 |
| 606 | | | | *Intentionally Left Blank* |
| 607 | | | | *Intentionally Left Blank* |
| 608 | | | | *Intentionally Left Blank* |
| 609 | | | | *Intentionally Left Blank* |
| 610 | | | | *Intentionally Left Blank* |

1

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 611 | | | | *Intentionally Left Blank* |
| 612 | 10/6 | 10/6 | | 2020.08.03 Charles Boyd One Note Meeting Notes - DOJ-PPM-0000119962 |
| 613 | 10/6 | 10/6 | | 2020.08.10 Charles Boyd One Note Meeting Notes - DOJ-PPM-0000119962 |
| 614 | | | | *Intentionally Left Blank* |
| 615 | | | | *Intentionally Left Blank* |
| 616 | | | | *Intentionally Left Blank* |
| 617 | 10/6 | 10/6 | | 2020.10.13 FDA Form 3911 - SCSRELATIVITY_0002184841 |
| 618 | | | | *Intentionally Left Blank* |
| 619 | | | | *Intentionally Left Blank* |
| 620 | | | | *Intentionally Left Blank* |
| 621 | 10/6 | 10/6 | | 2021.03.15 Safe Chain SOPs for Suspect and Illegitimate Product - SCSRELATIVITY_0001329105 |
| 622 | | | | *Intentionally Left Blank* |
| 623 | 10/6 | 10/6 | | 2021.03.15 Safe Chain SOPs for Vendor and Transaction History Authentication - SCSRELATIVITY_0001329108 |
| 624 | | | | *Intentionally Left Blank* |
| 625 | | | | *Intentionally Left Blank* |
| 626 | | | | *Intentionally Left Blank* |
| 627 | | | | *Intentionally Left Blank* |
| 628 | | | | *Intentionally Left Blank* |
| 629 | | | | *Intentionally Left Blank* |
| 630 | 10/6 | 10/6 | | 2021.06.21 Meeting Notes - SCSRELATIVITY_0002182808 |
| 631 | 9/19 | 9/19 | | 2024.04.22 Patient Interview Attachments - SCS-0000125833-50 |
| 631A | | | | *Intentionally Left Blank* |
| 632 | | | | *Intentionally Left Blank* |
| 633 | | | | *Intentionally Left Blank* |
| 634 | | | | *Intentionally Left Blank* |
| 634A | 10/21 | 10/21 | | Compiled 3911 forms sent by Safe Chain to FDA - SCS-0000136263 |
| 634B | | | | *Intentionally Left Blank* |
| 635 | | | | *Intentionally Left Blank* |
| 636 | | | | *Intentionally Left Blank* |
| 637 | | | | *Intentionally Left Blank* |
| 638 | | | | *Intentionally Left Blank* |
| 639 | 9/19 | 9/19 | | Photographs of Boulevard 9229 LLC |
| 640 | 9/19 | 9/19 | | Photographs of Gentek LLC |
| 642 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 643 | | | | *Intentionally Left Blank* |
| 644 | | | | *Intentionally Left Blank* |
| 645 | 10/6 | 10/6 | | Patrick Boyd Deposition Exhibit 6 - SCS-0000133476 |
| 646 | 10/6 | 10/6 | | Patrick Boyd Deposition Exhibit 7 - SCS-0000133477 |
| 647 | | | | *Intentionally Left Blank* |
| 648 | | | | *Intentionally Left Blank* |
| 649 | | | | *Intentionally Left Blank* |
| 650 | | | | *Intentionally Left Blank* |
| 650A | | | | *Intentionally Left Blank* |
| 651 | 9/19 | 9/19 | | Photo of Cardinal Crates |
| 652 | | | | *Intentionally Left Blank* |
| 653 | 10/6 | 10/6 | | Charles Boyd Resume |
| 654 | | | | *Intentionally Left Blank* |
| 655 | | | | *Intentionally Left Blank* |
| 656 | | | | *Intentionally Left Blank* |
| 657 | 10/21 | 10/21 | | 2021.01.12 – Safe Chain Solutions Legend Drugs T3 - SCSRELATIVITY_0001546773 |
| 658 | | | | *Intentionally Left Blank* |
| 659 | | | | *Intentionally Left Blank* |
| 660 | 9/30 | 9/30 | | Legend Drugs Patient Photos - SCS-0000162093 |
| 661 | 9/30 | 9/30 | | DSCSA Traceability Report Legend Drugs - SCS-0000162091 |
| 662 | 10/23 | 10/23 | | Frier Levitt Billing Records - FL00017930 |
| 663 | | | | *Intentionally Left Blank* |
| 664 | | | | *Intentionally Left Blank* |
| 665 | 10/6 | 10/6 | | Charles Boyd One Notes Vacation Follow-ups - SCSRELATIVITY_0001389542 |
| 666 | 10/6 | 10/6 | | 2020.06.30 - Kalorama Selzentry Return Authorization and Shipping Label - CTRL02247673-74 |
| 667 | 10/7 | 10/7 | | Boulevard Returns |
| 669 | 10/21 | 10/21 | | 2021.04.30 Frier Demand letter to Boulevard - FL00003202 |
| 670 | 10/20 | 10/20 | | WorldWide Sales Agreement - SCSRELATIVITY_0002619657 |
| 671 | 10/21 | 10/21 | | 2020.06.10 Teams Adam Brosius and Charles Boyd - RSMF_TEAMS_0000076533 |
| 672 | 10/21 | 10/21 | | 2020.08.27 Teams Patrick Boyd, Jesse Hammett, and Charles Boyd - RSMF_TEAMS_0000084104 |
| 673 | | | | *Intentionally Left Blank* |
| 674 | | | | *Intentionally Left Blank* |
| 675 | | | | *Intentionally Left Blank* |
| 676 | | | | *Intentionally Left Blank* |
| 677 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 678 | | | | *Intentionally Left Blank* |
| 679 | | | | *Intentionally Left Blank* |
| 680 | 10/23 | 10/23 | | Synergy Demand Letter - Aug. 9 2021 - FL00024696 |
| 681 | 10/23 | 10/23 | | DE 202 - Parties Stipulations as to the Locations of Certain Data Servers |
| **700s Financials** | | | | |
| 700 | | | | *Intentionally Left Blank* |
| 701 | | | | *Intentionally Left Blank* |
| 703 | | | | *Intentionally Left Blank* |
| 704 | | | | *Intentionally Left Blank* |
| 707 | | | | *Intentionally Left Blank* |
| 708 | | | | *Intentionally Left Blank* |
| 709 | | | | *Intentionally Left Blank* |
| 712 | | | | *Intentionally Left Blank* |
| 713 | | | | *Intentionally Left Blank* |
| 714 | | | | *Intentionally Left Blank* |

Respectfully submitted,


JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

**Dated:**   November 7, 2025          By:   */s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
Florida Special Bar No. A5502549
Assistant United States Attorney
99 Northeast 4th Street
Miami, Florida 33132
Tel: (786) 649-5251
Email: Alexander.Pogozelski@usdoj.gov

*/s/ Jacqueline Zee DerOvanesian*
Jacqueline Zee DerOvanesian
Trial Attorney
Florida Bar No. 125662
United States Department of Justice

4

5

Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 285-9285
Email: Jacqueline.DerOvanesian@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 7, 2025 a true and correct copy of the foregoing

was filed and served on all counsel of record via the CM/ECF system.

**Dated:** November 7, 2025                    */s/ Alexander Thor Pogozelski*___
                                        Assistant United States Attorney

5