```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                      CASE NO. 24-CR-20255-WPD-1
 3

 4    UNITED STATES OF AMERICA,
                                      Fort Lauderdale, Florida
 5                                    November 7, 2025
             vs.                      1:15 p.m. - 1:49 p.m.
 6
      ADAM BROSIUS,
 7
                   Defendant.         Pages 1 - 33
 8    ------------------------------------------------------------

 9                        SENTENCING HEARING
             BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS
10                 UNITED STATES DISTRICT JUDGE

11    APPEARANCES:

12    FOR THE GOVERNMENT:      ALEXANDER T. POGOZELSKI, ESQUIRE
                               UNITED STATES ATTORNEY'S OFFICE
13                             99 N.E. 4th Street
                               Miami, Florida 33132
14                             alexander.pogozelski@usdoj.gov

15                             JACQUELINE DEROVANESIAN, ESQUIRE
                               UNITED STATES ATTORNEY'S OFFICE
16                             12020 Miramar Parkway
                               Miramar, Florida 33025
17                             jacqueline.derovanesian@usdoj.gov

18    FOR THE DEFENDANT:       STEPHEN T. MILLAN, ESQUIRE
                               150 West Flagler Street, Suite 1675
19                             Miami, Florida 33130
                               millanstm@gmail.com
20
      REPORTED BY:             GINA RODRIGUEZ, RPR, CRR, CRC
21                             Federal Official Court Reporter
                               299 East Broward Boulevard
22                             Fort Lauderdale, Florida 33301
                               gina_rodriguez@flsd.uscourts.gov
23

24

25
```

```
 1              (Case called to order of the court at 1:15 p.m.)

 2              THE DEPUTY CLERK:  All rise.  This Court is now back

 3    in session.

 4              THE COURT:  Please be seated.

 5              The United States versus Adam Brosius.

 6              Counsel announce their appearances for the record.

 7              MS. DEROVANESIAN:  Good afternoon, Your Honor.

 8    Jacqueline DerOvanesian and Alexander Pogozelski on behalf of

 9    the United States.

10              MR. MILLAN:  Good afternoon, Your Honor.

11    Stephen Millan on behalf of Adam Brosius, who is seated here to

12    my right.

13              THE COURT:  All right.  Mr. Brosius is before

14    the Court having pled guilty to conspiracy to commit wire

15    fraud.  I adjudicated him guilty, deferred sentencing, ordered

16    a presentence investigation report that I've received and

17    reviewed.

18              Have counsel had an opportunity to review the

19    presentence investigation report?

20              Ms. DerOvanesian?

21              MS. DEROVANESIAN:  Yes, Your Honor.

22              THE COURT:  Mr. Millan?

23              MR. MILLAN:  Yes, Your Honor.

24              THE COURT:  Mr. Brosius, have you read the presentence

25    investigation report and discussed it with your lawyer?
```

```
 1                THE DEFENDANT:  Yes, Your Honor.

 2                THE COURT:  Any objections to the presentence

 3     investigation report from the Government?

 4                MS. DEROVANESIAN:  No objections, Your Honor.  But we

 5     just note for the Court that obviously there were a couple of

 6     enhancements contemplated by the report that we did not include

 7     in our negotiated plea agreement.

 8                THE COURT:  So what do you think the guidelines should

 9     be?

10                MS. DEROVANESIAN:  Your Honor, we are honoring what we

11     recommended within the plea agreement.  We would recommend a

12     sentence of 100 months based on that, based on the enhancements

13     that were included in that agreement.

14                THE COURT:  I meant -- I guess I wasn't clear.  What

15     do you think the guidelines should be scored at?

16                MS. DEROVANESIAN:  Your Honor, we believe that the

17     guidelines should be scored at a total offense level of 30 for

18     97 to 121 months.

19                THE COURT:  So offense level 30, Criminal History

20     Category I for a range of 97 to 121; is that correct?

21                MS. DEROVANESIAN:  Yes, Your Honor.

22                THE COURT:  Mr. Millan?

23                MR. MILLAN:  That's what we are requesting as well,

24     Judge, as far as the objections to the presentence

25     investigation report.
```

```
 1                 THE COURT:  All right.

 2                 Any legal cause to show why sentence should not be

 3      imposed?

 4                 MS. DEROVANESIAN:  No, Your Honor.

 5                 MR. MILLAN:  Not at this time, Judge, although there

 6      are certain arguments we would like to make.

 7                 THE COURT:  Sure.

 8                 MR. MILLAN:  And I believe my client would like the

 9      opportunity to address the Court, which I know you would grant

10      him, Judge.

11                 So with regard -- can I make that argument now or?

12                 THE COURT:  Sure.  Whatever you want to do.

13                 MR. MILLAN:  No, no, Judge, it's your court.

14                 THE COURT:  Normally I'd ask Mr. Brosius if he has

15      anything that he would like to say.

16                 MR. MILLAN:  He does.  I was going to end with him.

17                 THE COURT:  You can end with him.  Go ahead, you do

18      the argument.

19                 MR. MILLAN:  If I may, Your Honor.

20                 Your Honor, Adam Brosius stands -- sits here now

21      before this Court, a 60 -year-old man, a self-made businessman,

22      and up until this case, a respected community figure and

23      mentor.  In considering a just and proper sentence, we ask

24      the Court to look to the relevant downward departure

25      variance -- for a downward departure variance under the
```

1    guidelines.

2           As you are well aware from the sentencing memorandum

3    and his plea in this court, Adam has been cooperative, candid,

4    remorseful, and met with federal agents and prosecutors.  He

5    has provided substantial, truthful, and complete information to

6    the Government about not only his involvement in the offense,

7    but the involvement of his co-defendants.

8           His cooperation involved intense preparation, meeting

9    with agents, working undercover, and continues to this day.

10   It's expected to be the subject of a Rule 35 motion by the

11   Government in the future, and we're not asking you to give him

12   consideration for that at this time.

13          The Court is well aware, obviously, of the Rule 3553

14   factors, and amongst these is Adam's background.  In

15   considering that, we would argue to the Court that his

16   background militates in favor of a variance.  Adam's personal

17   circumstances, including the central role he's played in the

18   lives of two young boys who look up to him as a father, as well

19   as the fact impact he has had in his community, as well as the

20   punishment that he will suffer, and the collateral consequences

21   to those around him.

22          In reviewing the letters that were provided to

23   the Court, and considering his history and characteristics,

24   Judge, among the things that were described to the Court was a

25   person who has, on various occasions, come to the aid of

complete strangers, whether it is feeding the homeless, helping

a Down syndrome person regularly, and then helping to prevent

them from being robbed, donating school supplies, helping

Hurricane Sandy survivors, volunteering his time as a coach and

mentor to volleyball athletes, organizing tournaments/events in

order to build a community, foster confidence, teamwork in

others.

For the past three years, Adam has been in a committed

relationship with Holly Flanders, who is here in court; and has

been a surrogate father for her two young sons, Hudson and

Parker, following a period where her husband abandoned her and

the children.  And Adam has worked as a surrogate -- has been a

surrogate father in providing stability, patience, and love

into their lives.

In reviewing the letters from Adam's siblings, you

also see that he's worked to build community and foster family

through his commitment to his relationships, maintaining a

close family and caring for his ailing parents.

Adam has given the most precious he has to give, which

is that of his time, the one thing that once lost can never be

replenished.  These letters are from people who know Adam for a

significant part of his life, and in the case of his family,

his whole life.  They're not people who have known him just for

a short period of time or just a few years.  Most of them have

known him for 20, 30 years.  As I say, with the family, their

1    whole life.

2         They are there to -- they describe a man who is loved

3    and supported.  And as he enters this next phase of his life

4    and plans for what comes after this.  Everyone in his network

5    is aware of the details of what got him here.  Many of them

6    discuss it in their letters, so it's not even people who were

7    unaware of what happened or they heard that something happened.

8    They're completely aware of everything and still chose to come

9    forward and still chose to write about the person that they

10   know and how they know him, and they're still supportive here

11   for him.

12        They're not here in this courtroom today.  Although

13   his sister is here as well, she's one of the people who wrote

14   to you, and is not going to speak today, Judge.  I'm not trying

15   to have people speak to you who have already reached out by a

16   letter.

17        The other folks are not here, due to the fact that

18   Adam was concerned that if they came down, they would get stuck

19   here because of everything going on with the airports and the

20   government shutdown and so forth.  So he didn't want them to

21   undergo the expense or the inconvenience, even when it mattered

22   for his own comfort, his own support, and for the Court to see

23   that he is supported.  But I know you could glean that, Judge,

24   from the letters that you did get.

25        Although the guidelines provide a sentencing range,

1    Judge, we're asking the Court to not defer to the guidelines,

2    but rather to use its discretion in providing a variance.  As

3    the Court is well aware, the U.S. Sentencing Commission found

4    that in 2023 nearly half of all healthcare fraud offenders

5    received a variance.  45 percent, actually.  And 99.5 percent

6    of those were downward variances.  And of those variances,

7    54.5 percent was the average reduction under the 3553(a)

8    factors.

9         Neither specific nor general deference requires a

10   lengthy prison sentence in this case.  Adam has learned his

11   lesson.  While he has engaged in a series of grave errors that

12   has led to his criminal case as a result of these charges, he

13   now has a drastically permanently altered mindset.  He has

14   spent months in custody, which was not something that he had

15   ever done, which provided a very sobering experience.  He has

16   never been arrested before.  He never had the time, even as you

17   think about these things, to prepare himself or prepare his

18   family.

19        He understands that he's looking at additional

20   imprisonment and has a realistic view of what that will entail.

21   He understands the seriousness of this -- of this, of all of

22   this, and of that which he has pled to, and endeavors to become

23   and -- well, remain as he is now and continue to become a full

24   law-abiding citizen and continues to cooperate with the

25   Government.

```
1              His 61 years of age make him less likely to commit
2     future crimes.  Just in general, as people get older, their
3     rate of recidivism goes down for those of 50 years of age and
4     older.  Adam has been humbled in a way that no one would ever
5     wish on anyone.  Perhaps, for the first time in his life, Adam
6     has his own surrogate family with young children who depend on
7     him.  He suffered greatly as a result of the actions and
8     consequences, his own actions and consequences as a result, and
9     they will suffer as well as collateral damage.
10             He owes tens of millions of dollars and has suffered
11    financially in the sense that he has lost everything that he
12    had, and whatever is left, he is going to lose that too.  He
13    faces the possibility of being separated from his family and
14    friends for a significant period of time, and we would ask for
15    the Court to consider that in considering the appropriate time
16    to fashion, to sentence him.
17             In considering the need for rehabilitation, Judge, we
18    ask the Court to consider that even non-custodial portions of a
19    sentence offer rehabilitative potential.  A period of
20    supervised release is both rehabilitative and punitive, as an
21    example.  Here, a decreased sentence followed by a period of
22    supervised release would adequately promote correction and
23    rehabilitation while also providing all the necessary -- all
24    that is necessary to achieve the purposes as set forth in 3553
25    and under the guidelines.
```

1          A significant sentence of imprisonment for Adam would

2     serve none of those aims and Adam will continue to be punished

3     for the rest of his life, Judge, as a result of his own

4     actions.  An additional substantial sentence of incarceration

5     we would argue is unnecessary and counterproductive to his

6     rehabilitation.

7          In conclusion, I ask the Court to look to his personal

8     history characteristics, the positive impact he has had on the

9     community, and his rehabilitation efforts as grounds for

10    compassion and leniency in the imposition of a sentence that we

11    request the Court to use its discretion, impose a sentence that

12    avoids a significant downward departure and variance.  Thank

13    you.

14         I will turn over to Adam to address the Court, Judge.

15         THE COURT:  Okay.

16         THE DEFENDANT:  Good afternoon, Your Honor.  Thank you

17    for offering me the time to speak.  I would like to start by

18    apologizing for my actions and let you know that I realize that

19    I have made many mistakes.  Mistakes are all my responsibility,

20    no one else's.  At some point in this case, in the middle of

21    2020, I saw red flags.  I knew there were problems, and I

22    didn't stop my actions.  And that is my fault, and I'm sorry

23    for that.

24         I persuaded myself that I could put my trust in the

25    process and the compliance people at Safe Chain, but I didn't

stop and raise the correct questions when I saw red flags.  I
know better than that, and that's what led me to where I am
today.

I heard about the opening and closing statements from
the Boyds' defense lawyers, and I'm very surprised at how I was
characterized.  The Boyds were my friends and truth is we went
down this path together.  While I was an integral part of the
process of acquiring vendors and acquiring customers and a
portion of the sales, unlike what you have heard, the blame is
fully shared between the Boyds and myself.

Excuse me.  The defense actually made up various
baseless lies to deflect Charlie and Pat's responsibilities.
It isn't true, as the defense said, that the Boyds followed the
advice of someone who knew more about the FDA regulations than
they did.  That statement is patently false and is actually
ridiculous.  I was in sales; I wasn't in the wholesale
distribution business, and I didn't know all the rules that
they did at Safe Chain.  Safe Chain had the compliance
department and the state licenses on their side.  I didn't.

Charlie was in fact a former compliance officer who is
familiar with the rules and regulations, and I leaned on that
relationship.  That was a big mistake of mine.  I did not know
more than the other defendants about the ultimate source of the
products.  I passed along vendor information to Safe Chain as I
received it with the expectation that compliance would review

1    it.  I worked remotely.  I haven't been to the Safe Chain

2    location since 2019.  Prior to HIV, prior to COVID.

3         Ironically, I have never actually seen or held a

4    bottle of HIV medicine.  Regardless, there's no excuse for my

5    portion of this case.  I let the money cloud my judgment, and

6    that's all my fault.  If either Charlie or Pat had a real issue

7    with me along the way -- I brought in both vendors and

8    customers.  If either Charlie or Pat had an issue with me, the

9    way I brought in vendors and customers, they didn't change

10   their stripes.  After the problem that we had with HIV in 2021,

11   in 2022 they tasked me with opening up new lines of business in

12   the Ozempic GLP-1 field.  I went ahead at their direction and

13   opened up over a dozen vendors and hundreds of clients in that

14   space.

15        We never had any problems with those -- with those

16   drugs.  And outside of HIV, there have been no accusations of

17   misconduct concerning me at Safe Chain.  I'm not an evil

18   person.  I don't live extravagantly and I never have.  To the

19   contrary, my personal life is pretty simple and down-to-earth.

20        I have a girlfriend, and I spend time with a very

21   small group of friends now.  I am in a long-term relationship

22   with Holly Flanders, who is here in the court today.  She is a

23   mother of who young boys, Parker and Hudson.  They depend on

24   me.  Holly is a wonderful single mother, who is raising

25   remarkable boys, but she knows that they need a male influence

1    in their life.  The boys' father -- as Steve said, the boys'

2    father left the East Coast and moved to California about

3    five years ago.

4         I try to help the boys by teaching them life skills,

5    including manners, showing them how to respect and treat people

6    with how to treat people with kindness and respect.  I am

7    sure -- I make sure that they show respect to their mother,

8    their own pets, and everyone they meet.  I teach them how to do

9    things like throw a ball and understand the rules of sports.

10   They don't have anyone else that teaches them that right now.

11        We also talk about doing small things that can make a

12   difference in the long run.  For example, I tell them when we

13   go to the beach that each of them has to pick up two pieces of

14   trash every time we go; and that it really -- that single

15   action doesn't make a difference on its own; if everyone would

16   do that, it would make a big difference.  I practice what I

17   preach with them.

18        We open doors for people, we look people in the eye

19   and we say hello.  Both boys have personally learning

20   disabilities.  Parker, the ten-year-old has a speech

21   impediment.  Holly and I spend extra time working with him on

22   how to pronounce several troubling words and phrases.

23        Hudson, the seven-year-old, is full of energy and

24   relentlessness.  He also has a mild case of dyslexia, which

25   makes reading and writing difficult.  Holly and I take the time

every day and every week to help both boys through these

problems.  Hudson is coming along well, and he's close to

getting caught up with the rest of his second grade class in

reading.  We're very proud of that because he's made a really

big step.  Hopefully in the near future, these problems will be

just a distant memory for them.

Outside of my time with Holly and the boys, I am

someone that people tend to confide in.  I work hard to make

people comfortable in talking to me.  My friends open up to me

and know I am always available to them.  Sometimes they seek

advice, sometimes they just want to unload.  Either way, I

listen to them, I give them honest feedback.  Sometimes it's a

brutal truth, but they know I'm always looking out for them.  I

am there for them to help them in any way I can.  I am there

for them 24/7.  If they have a problem, they have a broken down

car, or they need help moving or something like that, I'm

there.  I am part of their lives.

I spend a good portion of my weekly time with the

community and trying to help people.  Over the last several

years, since I moved to Florida, I help friends and strangers

learn how to play volleyball.  A few times a week I volunteer

my time to coach and train people ranging from brand new

players to professional athletes.  We work on both the mental

and physical side of game strategies and skills that help them

advance their level of play.

1          It's good for them, and it's also good for me.  I love

2    seeing their faces when something we practiced suddenly works

3    or becomes second nature to them.  It's like a light switch

4    comes on, and the look on their face makes me smile.  The

5    training is good for them, the training is good for me.  It

6    helps me learn new skills, and it helps me stay in shape at 61

7    years old.

8          In addition to volleyball training, I consistently

9    donate both time and money to several causes that are important

10   to me.  Most of the donations go to organizations that have to

11   do with school-aged children and animals.  I donate school

12   supplies to elementary schoolteachers and students every year.

13   I donate money and food to no-kill animal shelters and rescues

14   to help cover food, lodging, and medical treatments.  Recently,

15   Holly and I have donated clothing, time and money to people in

16   drug treatment centers in our town.

17         I am telling you this not to create the impression

18   that I'm some sort of saint.  Obviously, I'm not.  Rather, I

19   want the Court to understand that there's another side of me,

20   one that contributes to society and is concerned with others,

21   the importance of which I have come to appreciate in the last

22   few years.

23         I understand what I did was grossly wrong and know

24   that there are penalties associated with that.  As a result of

25   my actions, I spent -- I have already spent several months in

1    jail, I lost my wife, my job, all my savings, most recently my

2    home, and any sense or any way for future financial security.

3    My former wife and most of my friends have already abandoned

4    me.  My sister and brother have stuck by me and supported me

5    mentally and financially.  Without them, I would be in a pretty

6    dark place right now.  I still have Holly and a few close

7    friends that have stayed a part of my life, and I am really

8    grateful for that.

9         They're all I have left at this point; all I can

10   expect to have at this point.  I know I will be paying

11   restitution until my last days.  I have accepted that.  And the

12   world and my hopes have become very small.  Excuse me.  But I

13   hope that this chapter of my life will be over soon, and I will

14   be able to add something to the community and to the world, as

15   I have with Holly's two boys.

16        I would like to lead a semi-normal existence.  I

17   understand the damage that I have caused, and I have done what

18   I can to try to make things right.  I won't make these mistakes

19   again.  Thank you for your time and consideration.

20        THE COURT:  Anything further before I impose sentence?

21        MR. MILLAN:  Nothing further, Your Honor.

22        THE COURT:  Is the Government seeking restitution in

23   this case?

24        MS. DEROVANESIAN:  Yes, Your Honor, pursuant to the

25   plea agreement.

1          THE COURT:  And how much is that?

2          MS. DEROVANESIAN:  One moment.  Your Honor, it is

3  $60,647,004.23 jointly and severally with his co-conspirators.

4          THE COURT:  And other than the 100-month

5  recommendation, what else does the Government have to say?

6          MS. DEROVANESIAN:  Your Honor, I will be brief because

7  obviously the Court has just sat through a lengthy trial that

8  went into great detail about this scheme that the defendant

9  participated in.  But we recommend that 100-month sentence.  We

10  think that is appropriate for several reasons.  To begin with,

11  the loss amount, the amount of money, the amount of drugs in

12  this case is staggering.  There were millions of dollars

13  involved.  The defendant has taken responsibility for

14  $60 million, and that number represents just the amount that

15  was paid to purchase these medications.  And it is understood,

16  of course, that they were sold at a profit on top of that

17  number.

18          This case also had a real impact on the community.

19  There was real patient harm in this case, as the Court is

20  aware.  There were patients who received what they thought was

21  their HIV medication, their life-saving medication that they

22  rely on daily, but instead received something completely

23  different that sometimes even caused them harm, including the

24  patient who passed out for 24 hours, accidentally taking an

25  antipsychotic.

1          Beyond that, beyond the patients who received the

2  wrong pills in their bottle, of course this crime had a large

3  impact on the community because it called into question the

4  supply chain for prescription medication, which of course most

5  Americans rely upon.

6          Additionally, what is significant is that

7  the defendant committed this crime while he was out on bond

8  after committing a separate healthcare crime.  So the Court

9  should consider the severity of that in considering the

10  appropriate sentence.

11          Additionally, I just wanted to address a couple of

12  things that were included in the sentencing memo submitted by

13  Mr. Millan, including that there was no criminal intent

14  involved.  I believe he must have been referring to at the very

15  beginning when he got involved in this business, because of

16  course the defendant has accepted responsibility, has signed a

17  plea agreement, where he agrees that of course he did have

18  criminal intent.

19          Additionally, the sentencing memo noted that he did --

20  he had minimal personal gain, which again is contradicted by

21  what he has agreed to in his plea agreement.

22          And then, additionally, noting that he has no history

23  of violence or recidivism, as I just mentioned, this defendant

24  committed this crime while he was out on bond for a separate

25  federal healthcare crime.  Now, with that being said,

1    Mr. Brosius did take responsibility for his actions in this

2    case, and he did so very quickly.  He accepted responsibility

3    within about a month of being charged in this case, and he has

4    since cooperated with the Government.  He has been debriefed

5    several times.  He was actually not, as the Court is aware,

6    called as a witness in the recent trial against his

7    co-defendants, but he did provide information and documents

8    that were helpful to the Government, and sat for many hours

9    with the Government and agents to discuss his conduct and the

10   conduct of his co-defendants.

11         Additionally, we expect that his cooperation may be

12   ongoing, and that he may provide further assistance to the

13   Government that we can address at a later date.  So we -- our

14   position is that with all of this considered, the low end of

15   the guidelines, as we have agreed to in our plea, 100 months

16   would be the appropriate sentence.

17         THE COURT:  That's not the low end, is it?

18         MS. DEROVANESIAN:  Well, the very lowest end would be

19   97 months.  We rounded it out to an even 100.

20         THE COURT:  I don't know that Mr. Brosius would like

21   that rounding.

22         Let me ask you a question:  During the Boyd trial,

23   there is an indication that Mr. Brosius was thinking about

24   moving to withdraw part of his plea in New Jersey.  What

25   happened there?

 1          MS. DEROVANESIAN:  Your Honor, that was based on a

 2     disclosure that we made to the defense after a meeting with

 3     Mr. Brosius.  During that meeting with Mr. Brosius, he

 4     indicated, and I'm paraphrasing, something along the lines of:

 5     The only thing he did wrong with respect to the New Jersey case

 6     was paying people's copays.

 7          So with respect to the New Jersey case, we disclosed

 8     that, as it indicated, some potential retraction of his

 9     admission of guilt.  He later, at a subsequent meeting, met

10     with us again and explained that he is in fact guilty of those

11     crimes, and that he had pled guilty based on the payment of

12     those copays.  So he made both of those disclosures to the

13     defense in the Boyd trial.

14          THE COURT:  So there's never been a motion to withdraw

15     plea in New Jersey?

16          MS. DEROVANESIAN:  No, Your Honor.

17          THE COURT:  Anything further before I impose sentence?

18          MS. DEROVANESIAN:  Not from the Government.

19          THE COURT:  Anything further?

20          MR. MILLAN:  Nothing further, Your Honor.

21          THE COURT:  All right.  Having considered the

22     sentencing guidelines, having considered the factors in

23     18, United States Code, Section 3553(a), it is up to the Court

24     to determine what a reasonable and sufficient sentence is.  And

25     I think that the amount of societal damage in this case is

1  significant.  I think it's important to impose a sentence that

2  promotes respect for the law and acts as a deterrent.  I think

3  that Mr. Brosius made a good decision to plead guilty.  Had he

4  gone to trial with the Boyds, my guess is he would have

5  received the same fate from the jury that the Boyds received

6  and not gotten the benefit of the acceptance of responsibility

7  that he's getting here today.

8      I think that his family support is a mitigating

9  circumstance.  I think that his offer to cooperate, although it

10  wasn't accepted by the Government, his willingness to come and

11  testify against the Boyds is a mitigating circumstance.  And

12  whether the Government files a Rule 35 later on based on that

13  or based on future cooperation, only time will tell.  But when

14  I weigh the aggravating and mitigating circumstances, it seems

15  to me that the low end of the guidelines range is appropriate.

16      So it will be the judgment of the Court and sentence

17  of the law that Mr. Brosius be sentenced to 97 months in

18  prison.  Upon his release, he will be placed on three years of

19  supervised release.  While on supervised release, he shall not

20  commit any crimes, he shall be prohibited from possessing a

21  firearm or other dangerous device.  He shall not possess any

22  controlled substances.  He shall comply with the standard

23  conditions of supervised release, including the special

24  condition that he not associate with the Boyds or Lazaro

25  Roberto Hernandez while on supervised release.

1        I order that he obtain prior written approval from the

2   Court before entering into any self-employment.  I order that

3   he provide complete access to his financial information to his

4   probation officer.  I order that he not apply, solicit, or

5   incur any further debt without first obtaining written

6   permission of his probation officer.  I order that he submit to

7   a reasonable search of his personal property conducted in a

8   reasonable time and manner by his probation officer.  I order

9   that he not own, directly or indirectly, or be employed,

10  directly or indirectly, in any healthcare business or service

11  that submits claims to private or government insurance

12  companies without the Court's prior approval.

13       I order that he pay a $60,647,004.22 joint and several

14  liability restitution.  If he works in a UNICOR job while he is

15  in prison, 50 percent of his earnings must go towards his

16  financial obligations.  If he doesn't work in a UNICOR job, he

17  must pay a minimum of $25 per quarter towards his financial

18  obligations.

19       Upon release from incarceration, he shall pay

20  restitution at the rate of 10 percent of his monthly gross

21  earnings.  Based on the amount of damage in this case, the

22  amount of fraudulent or tampered with or not documented HIV

23  medicine involved in the case, I think the full three years of

24  supervised release is appropriate.  I find that he's not able

25  to pay a fine and waive the fine.  I impose a $100 special

 1   assessment and order that any unpaid special assessment and/or

 2   restitution be paid during the period of the supervised

 3   release.

 4        Mr. Brosius, it is my duty to inform you that you have

 5   14 days within which to appeal the judgment and the sentence of

 6   this Court.  Should you desire to appeal and be without funds

 7   with which to prosecute an appeal, an attorney will be

 8   appointed to represent you in connection with that appeal.

 9   Should you fail to appeal within that 14-day period, it will

10   constitute a waiver of your right to appeal.

11        But my understanding is there was an appeal waiver in

12   this case; is that correct?

13        MS. DEROVANESIAN:  Yes, Your Honor.

14        MR. MILLAN:  Yes, Your Honor.

15        THE COURT:  I also incorporate and adopt the standard

16   of mandatory conditions of supervised release that are

17   contained in Paragraphs 97 through 121 of the presentence

18   investigation report.

19        Do I need to read them into the record, Mr. Millan?

20        MR. MILLAN:  No, Your Honor.

21        THE COURT:  Also, it is my duty to elicit from counsel

22   fully articulated objections to the Court's findings of fact

23   and conclusions of law as announced in the sentencing hearing

24   and elicit any objections any party may have to the manner in

25   which the sentence was imposed in this case.

1          Are there any objections from the Government?

2          MS. DEROVANESIAN:  No, Your Honor.

3          THE COURT:  Mr. Millan?

4          MR. MILLAN:  No, Your Honor.

5          THE COURT:  All right.  The marshals will execute the

6     sentence of the Court.  You will need to go with the marshals

7     now.  Good luck to you, Mr. Brosius.

8          MR. MILLAN:  Judge, before we leave, there are certain

9     charges that need to be dismissed.

10         MR. POGOZELSKI:  At this time the Government would

11    move to dismiss counts -- it would be Counts 1 through 4, and 6

12    through 8, as to Mr. Brosius.  And then the only other thing I

13    wanted to flag was I learned from the marshals that Charles and

14    Patrick Boyd I believe are still at the Broward County

15    Sheriff's Office jail -- the Broward jail.  I submitted a

16    separation order to FDC based on his cooperation.  I just don't

17    know if that applies in the Broward jail, and I don't want

18    there to be any problems.

19         THE COURT:  Well, the marshals are hearing that now.

20    I agree that it would be a mistake for the Sheriff or FDC to

21    house Mr. Brosius anywhere near the Boyds where they could

22    indicate that he at one point was willing to cooperate against

23    them.

24         MR. POGOZELSKI:  Thank you, Your Honor.

25         MR. MILLAN:  Thank you, Your Honor.

```
 1              THE COURT:  All Right.  So those counts, other than

 2    the conspiracy to commit wire fraud, will be dismissed.  And

 3    the marshal will execute the sentence of the Court.  We will be

 4    in recess until 2 o'clock.

 5              THE COURTROOM SECURITY OFFICER:  All rise.

 6              (Proceedings concluded at 1:15 p.m.)

 7                    C E R T I F I C A T E

 8

 9         I, Gina Rodriguez, Federal Official Realtime Court

10    Reporter, in and for the United States District Court for the

11    Southern District of Florida, do hereby certify, pursuant to

12    Section 753, Title 28, United States Code, that the foregoing

13    is a true and correct transcript of the stenographically

14    reported proceedings held in the above-entitled matter, and

15    that the transcript page format is in conformance with the

16    regulations of the Judicial Conference of the United States.

17    December 8, 2025        /s/ Gina Rodriguez
                              Gina Rodriguez, RPR, CRR, CRC
18                            Federal Official Court Reporter
                              299 East Broward Boulevard
19                            Fort Lauderdale, Florida 33301
                              gina_rodriguez@flsd.uscourts.gov
20

21

22

23

24

25
```

MR. MILLAN: **[15]**  2/10 2/23 3/23 4/5
4/8 4/13 4/16 4/19 16/21 20/20 23/14
23/20 24/4 24/8 24/25
MR. POGOZELSKI: **[2]**  24/10 24/24
MS. DEROVANESIAN: **[16]**  2/7 2/21
3/4 3/10 3/16 3/21 4/4 16/24 17/2 17/6
19/18 20/1 20/16 20/18 23/13 24/2
THE COURT: **[31]**
THE COURTROOM SECURITY
OFFICER: **[1]**  25/5
THE DEFENDANT: **[2]**  3/1 10/16
THE DEPUTY CLERK: **[1]**  2/2

**$**

**$100 [1]**  22/25
**$25 [1]**  22/17
**$60 [1]**  17/14
**$60 million [1]**  17/14
**$60,647,004.22 [1]**  22/13
**$60,647,004.23 [1]**  17/3

**/**

**/s [1]**  25/17

**1**

**10 percent [1]**  22/20
**100 [3]**  3/12 19/15 19/19
**100-month [2]**  17/4 17/9
**12020 [1]**  1/16
**121 [3]**  3/18 3/20 23/17
**14 days [1]**  23/9
**14-day [1]**  23/9
**150 [1]**  1/18
**1675 [1]**  1/18
**18 [1]**  20/23
**1:15 [1]**  1/5 2/1 25/6
**1:49 [1]**  1/5

**2**

**2 o'clock [1]**  25/4
**20 [1]**  6/25
**2019 [1]**  12/2
**2020 [1]**  10/21
**2021 [1]**  12/10
**2022 [1]**  12/11
**2023 [1]**  8/4
**2025 [2]**  1/5 25/17
**24 hours [1]**  17/24
**24-CR-20255-WPD-1 [1]**  1/2
**24/7 [1]**  14/15
**28 [1]**  25/12
**299 [2]**  1/21 25/18

**3**

**30 [2]**  3/17 3/19
**30 years [1]**  6/25
**33 [1]**  1/7
**33025 [1]**  1/16
**33130 [1]**  1/19
**33132 [1]**  1/13
**33301 [2]**  1/22 25/19
**35 [2]**  5/10 21/12
**3553 [4]**  5/13 8/7 9/24 20/23

**4**

**45 percent [1]**  8/5
**4th [1]**  1/13

**5**

**50 [1]**  9/3
**50 percent [1]**  22/15
**54.5 percent [1]**  8/7

**6**

**60 -year-old [1]**  4/21
**61 [2]**  9/1 15/6

**7**

**753 [1]**  25/12

**9**

**97 [4]**  3/18 3/20 21/17 23/17
**97 months [1]**  19/19
**99 [1]**  1/13
**99.5 percent [1]**  8/5

**A**

**abandoned [2]**  6/11 16/3
**abiding [1]**  8/24
**able [2]**  16/14 22/24
**about [11]**  5/6 7/9 8/17 11/4 11/14
11/23 13/2 13/11 17/8 19/3 19/23
**above [1]**  25/14
**above-entitled [1]**  25/14
**acceptance [1]**  21/6
**accepted [4]**  16/11 18/16 19/2 21/10
**access [1]**  22/3
**accidentally [1]**  17/24
**accusations [1]**  12/16
**achieve [1]**  9/24
**acquiring [2]**  11/8 11/8
**action [1]**  13/15
**actions [7]**  9/7 9/8 10/4 10/18 10/22
15/25 19/1
**acts [1]**  21/2
**actually [5]**  8/5 11/11 11/15 12/3 19/5
**ADAM [16]**  1/6 2/5 2/11 4/20 5/3 6/8
6/12 6/21 7/18 8/10 9/4 9/5 10/1
10/2 10/14
**Adam's [3]**  5/14 5/16 6/15
**add [1]**  16/14
**addition [1]**  15/8
**additional [2]**  8/19 10/4
**additionally [5]**  18/6 18/11 18/19 18/22
19/11
**address [4]**  4/9 10/14 18/11 19/13
**adequately [1]**  9/22
**adjudicated [1]**  2/15
**admission [1]**  20/9
**adopt [1]**  23/15
**advance [1]**  14/25
**advice [2]**  11/14 14/11
**after [4]**  7/4 12/10 18/8 20/2
**afternoon [3]**  2/7 2/10 10/16
**again [3]**  16/19 18/20 20/10
**against [3]**  19/6 21/11 24/22
**age [2]**  9/1 9/3
**aged [1]**  15/11
**agents [3]**  5/4 5/9 19/9
**aggravating [1]**  21/14
**ago [1]**  13/3
**agree [1]**  24/20
**agreed [2]**  18/21 19/15
**agreement [6]**  3/7 3/11 3/13 16/25
18/17 18/21
**agrees [1]**  18/17

**ahead [2]**  4/17 12/12
**aid [1]**  9/25
**ailing [1]**  6/18
**aims [1]**  10/2
**airports [1]**  7/19
**ALEXANDER [2]**  1/12 2/8
**Alexander Pogozelski [1]**
**alexander.pogozelski [1]**  1/14
**all [18]**  2/2 2/13 4/1 8/4 8/21 9/23 9/23
10/19 11/17 12/6 16/1 16/9 16/9 19/14
20/21 24/5 25/1 25/5
**along [4]**  11/24 12/7 14/2 20/4
**already [3]**  7/15 15/25 16/3
**also [8]**  6/16 9/23 13/11 13/24 15/1
17/18 23/15 23/21
**altered [1]**  8/13
**although [4]**  4/5 7/12 7/25 21/9
**always [2]**  14/10 14/13
**am [10]**  11/2 12/21 13/6 14/7 14/10
14/14 14/14 14/17 15/17 16/7
**AMERICA [1]**  1/4
**Americans [1]**  18/5
**among [1]**  5/24
**amongst [1]**  5/14
**amount [7]**  17/11 17/11 17/11 17/14
20/25 22/21 22/22
**animal [1]**  15/13
**animals [1]**  15/11
**announce [1]**  2/6
**announced [1]**  23/23
**another [1]**  15/19
**antipsychotic [1]**  17/25
**any [16]**  3/2 4/2 12/15 14/14 16/2 16/2
21/20 21/21 22/2 22/5 22/10 23/1 23/24
23/24 24/1 24/18
**anyone [2]**  9/5 13/10
**anything [4]**  4/15 16/20 20/17 20/19
**anywhere [1]**  24/21
**apologizing [1]**  10/18
**appeal [7]**  23/5 23/6 23/7 23/8 23/9
23/10 23/11
**appearances [2]**  1/11 2/6
**applies [1]**  24/17
**apply [1]**  22/4
**appointed [1]**  23/8
**appreciate [1]**  15/21
**appropriate [6]**  9/15 17/10 18/10 19/16
21/15 22/24
**approval [2]**  22/1 22/12
**are [15]**  3/10 3/23 4/6 5/2 6/21 7/2 7/17
10/19 15/9 15/24 23/16 24/1 24/8 24/14
24/19
**argue [2]**  5/15 10/5
**argument [2]**  4/11 4/18
**arguments [1]**  4/6
**around [1]**  5/21
**arrested [1]**  8/16
**articulated [1]**  23/22
**as [41]**
**ask [6]**  4/14 4/23 9/14 9/18 10/7 19/22
**asking [2]**  5/11 8/1
**assessment [2]**  23/1 23/1
**assistance [1]**  19/12
**associate [1]**  21/24
**associated [1]**  15/24
**at [24]**  2/1 3/15 3/17 4/5 5/12 8/19 10/20
10/25 11/5 11/18 12/12 12/17 15/6 16/9
16/10 17/16 18/14 19/13 20/9 22/20

## A

at... [4]  24/10 24/14 24/22 25/6
athletes [2]  6/5 14/23
attorney [1]  23/7
ATTORNEY'S [2]  1/12 1/15
available [1]  14/10
average [1]  8/7
avoids [1]  10/12
aware [7]  5/2 5/13 7/5 7/8 8/3 17/20
 19/5

## B

back [1]  2/2
background [2]  5/14 5/16
ball [1]  13/9
based [8]  3/12 3/12 20/1 20/11 21/12
 21/13 22/21 24/16
baseless [1]  11/12
be [31]
beach [1]  13/13
because [5]  7/19 14/4 17/6 18/3 18/15
become [3]  8/22 8/23 16/12
becomes [1]  15/3
been [11]  5/3 6/8 6/10 6/12 8/16 9/4
 12/1 12/16 18/14 19/4 20/14
before [8]  1/9 2/13 4/21 8/16 16/20
 20/17 22/2 24/8
begin [1]  17/10
beginning [1]  18/15
behalf [2]  2/8 2/11
being [6]  6/3 9/13 18/25 19/3
believe [4]  3/16 4/8 18/14 24/14
benefit [1]  21/6
better [1]  11/2
between [1]  11/10
beyond [2]  18/1 18/1
big [3]  11/22 13/16 14/5
blame [1]  11/9
bond [2]  18/7 18/24
both [7]  9/20 12/7 13/19 14/1 14/23
 15/9 20/12
bottle [2]  12/4 18/2
Boulevard [2]  1/21 25/18
Boyd [3]  19/22 20/13 24/14
Boyds [8]  11/6 11/10 11/13 21/4 21/5
 21/11 21/24 24/21
Boyds' [1]  12/5
boys [8]  5/18 12/23 12/25 13/4 13/19
 14/1 14/7 16/15
boys' [2]  13/1 13/1
brand [1]  14/22
brief [1]  17/6
broken [1]  14/15
BROSIUS [18]  1/6 2/5 2/11 2/13 2/24
 4/14 4/20 19/1 19/20 19/23 20/3 20/3
 21/3 21/17 23/4 24/7 24/12 24/21
brother [1]  16/4
brought [2]  12/7 12/9
Broward [5]  1/21 24/14 24/15 24/17
 25/18
brutal [1]  14/13
build [2]  6/6 6/16
business [4]  11/17 12/11 18/15 22/10
businessman [1]  4/21
but [13]  3/4 5/7 7/23 8/2 10/25 12/25
 14/13 16/12 17/9 17/22 19/7 21/13
 23/11

## C

California [1]  13/2
called [3]  2/1 18/3 19/6
came [1]  7/18
can [8]  4/11 4/17 6/20 13/11 14/14 16/9
 16/18 19/13
candid [1]  5/3
car [1]  14/16
caring [1]  6/18
case [22]  1/2 2/1 4/22 6/22 8/10 8/12
 10/20 12/5 13/24 16/23 17/12 17/18
 17/19 19/2 19/3 20/5 20/7 20/25 22/21
 22/23 23/12 23/25
Category [1]  3/20
Category I [1]  3/20
caught [1]  14/3
cause [1]  4/2
caused [2]  16/17 17/23
causes [1]  15/9
centers [1]  15/16
central [1]  5/17
certain [2]  4/6 24/8
certify [1]  25/11
chain [7]  10/25 11/18 11/18 11/24 12/1
 12/17 18/4
change [1]  12/9
chapter [1]  16/13
characteristics [2]  5/23 10/8
characterized [1]  11/6
charged [1]  19/3
charges [2]  8/12 24/9
Charles [1]  24/13
Charlie [4]  11/12 11/20 12/6 12/8
children [3]  6/12 9/6 15/11
chose [2]  7/8 7/9
circumstance [2]  21/9 21/11
circumstances [2]  5/17 21/14
citizen [1]  8/24
claims [1]  22/11
class [1]  14/3
clear [1]  3/14
client [1]  4/8
clients [1]  12/13
close [3]  6/18 14/2 16/6
closing [1]  11/4
clothing [1]  15/15
cloud [1]  12/5
co [4]  5/7 17/3 19/7 19/10
co-conspirators [1]  17/3
co-defendants [1]  5/7 19/7 19/10
coach [2]  6/4 14/22
Coast [1]  13/2
Code [2]  20/23 25/12
collateral [2]  5/20 9/9
come [4]  5/25 7/8 15/21 21/10
comes [2]  7/4 15/4
comfort [1]  7/22
comfortable [1]  14/9
coming [1]  14/2
Commission [1]  8/3
commit [4]  2/14 9/1 21/20 25/2
commitment [1]  21/22
committed [3]  6/8 18/7 18/24
committing [1]  18/8
community [9]  4/22 5/19 6/6 6/16 10/9
 14/19 16/14 17/18 18/3
companies [1]  22/12
compassion [1]  10/10
complete [3]  5/5 6/1 22/3
completely [2]  7/8 17/22
compliance [4]  10/25 11/18 11/20 11/20
 11/25
comply [1]  21/22
concerned [2]  7/18 15/20
concerning [1]  12/17
concluded [1]  25/6
conclusion [1]  10/7
conclusions [1]  23/23
condition [1]  21/24
conditions [2]  21/23 23/16
conduct [2]  19/9 19/10
conducted [1]  22/7
Conference [1]  25/16
confide [1]  14/8
confidence [1]  6/6
conformance [1]  25/15
connection [1]  23/8
consequences [3]  5/20 9/8 9/8
consider [3]  9/15 9/18 18/9
consideration [2]  5/12 16/19
considered [3]  19/14 20/21 20/22
considering [6]  4/23 5/15 5/23 9/15
 9/17 18/9
consistently [1]  15/8
conspiracy [2]  2/14 25/2
conspirators [1]  17/3
constitute [1]  23/10
contained [1]  23/17
contemplated [1]  3/6
continue [2]  8/23 10/2
continues [1]  5/9 8/24
contradicted [1]  18/20
contrary [1]  12/19
contributes [1]  15/20
controlled [1]  21/22
cooperate [3]  8/24 21/9 24/22
cooperated [1]  19/4
cooperation [4]  5/8 19/11 21/13 24/16
cooperative [1]  5/3
copays [2]  20/6 20/12
correct [4]  3/20 11/1 23/12 25/13
correction [1]  9/22
could [3]  7/23 10/24 24/21
counsel [3]  2/6 2/18 23/21
counterproductive [1]  10/5
counts [3]  24/11 24/11 25/1
Counts 1 [1]  24/11
County [1]  24/14
couple [2]  3/5 18/11
course [5]  17/16 18/2 18/4 18/16 18/17
court [39]
Court's [2]  22/12 23/22
courtroom [1]  7/12
cover [1]  15/14
COVID [1]  12/2
CR [1]  1/2
CRC [2]  1/20 25/17
create [1]  15/17
crime [5]  18/2 18/7 18/8 18/24 18/25
crimes [3]  9/2 20/11 21/20
criminal [4]  3/19 8/12 18/13 18/18
CRR [2]  1/20 25/17
custodial [1]  9/18
custody [1]  8/14
customers [3]  11/8 12/8 12/9

**D**

damage [4]  9/9 16/17 20/25 22/21
dangerous [1]  21/21
dark [1]  16/6
date [1]  19/13
day [3]  5/9 14/1 23/9
days [2]  16/11 23/5
debriefed [1]  19/4
debt [1]  22/5
December [1]  25/17
decision [1]  21/3
decreased [1]  9/21
defendant [7]  1/7 1/18 17/8 17/13 18/7
  18/16 18/23
defendants [4]  5/7 11/23 19/7 19/10
defense [5]  11/5 11/11 11/13 20/2
  20/13
defer [1]  8/1
deference [1]  8/9
deferred [1]  2/15
deflect [1]  11/12
department [1]  11/19
departure [3]  4/24 4/25 10/12
depend [2]  9/6 12/23
DEROVANESIAN [3]  1/15 2/8 2/20
describe [1]  7/2
described [1]  5/24
desire [1]  23/6
detail [1]  17/8
details [1]  7/5
determine [1]  20/24
deterrent [1]  21/2
device [1]  21/21
did [12]  3/6 7/24 11/15 11/18 11/22
  15/23 18/17 18/19 19/1 19/2 19/7 20/5
didn't [6]  7/20 10/22 10/25 11/17 11/19
  12/9
difference [3]  13/12 13/15 13/16
different [1]  17/23
difficult [1]  13/25
DIMITROULEAS [1]  1/9
direction [1]  12/12
directly [2]  22/9 22/10
disabilities [1]  13/20
disclosed [1]  20/7
disclosure [1]  20/2
disclosures [1]  20/12
discretion [2]  8/2 10/11
discuss [2]  7/6 19/9
discussed [1]  2/25
dismiss [1]  24/11
dismissed [2]  24/9 25/2
distant [1]  14/6
distribution [1]  11/17
DISTRICT [5]  1/1 1/1 1/10 25/10 25/11
do [9]  3/8 3/15 4/12 4/17 13/8 13/16
  15/11 23/19 25/11
documented [1]  22/22
documents [1]  19/7
does [2]  4/16 17/5
doesn't [2]  13/15 22/16
doing [1]  13/11
dollars [2]  9/10 17/12
don't [5]  12/18 13/10 19/20 24/16 24/17
donate [3]  15/9 15/11 15/13
donated [1]  15/15
donating [1]  6/3
donations [1]  15/10

done [2]  8/15 16/17
doors [1]  13/16
down [6]  6/2 7/18 9/3 11/7 12/19 14/15
downward [4]  4/24 4/25 8/6 10/12
dozen [1]  12/13
drastically [1]  8/13
drug [1]  15/16
drugs [2]  12/16 17/11
due [1]  7/17
during [3]  19/22 20/3 23/2
duty [2]  23/4 23/21
dyslexia [1]  13/24

**E**

each [1]  13/13
earnings [2]  22/15 22/21
earth [1]  12/19
East [3]  1/21 13/2 25/18
East Coast [1]  13/2
efforts [1]  10/9
either [3]  12/6 12/8 14/11
elementary [1]  11/19
elicit [2]  23/21 23/24
else [2]  13/10 17/5
else's [1]  10/20
employed [1]  22/9
employment [1]  22/2
end [6]  4/16 4/17 19/14 19/17 19/18
  21/15
endeavors [1]  8/22
energy [1]  13/23
engaged [1]  8/11
enhancements [2]  3/6 3/12
entail [1]  8/20
entering [1]  22/2
enters [1]  7/3
entitled [1]  24/14
errors [1]  8/11
ESQUIRE [3]  1/12 1/15 1/18
even [6]  7/6 7/21 8/16 9/18 17/23 19/19
events [1]  6/5
ever [2]  8/15 9/4
every [4]  13/14 14/1 14/1 15/12
everyone [3]  7/4 13/8 13/15
everything [3]  7/8 7/19 9/11
evil [1]  12/17
example [2]  9/21 13/12
excuse [3]  11/11 12/4 16/12
execute [2]  24/5 25/3
existence [1]  16/16
expect [2]  16/10 19/11
expectation [1]  11/25
expected [1]  5/10
expense [1]  7/21
experience [1]  8/15
explained [1]  20/10
extra [1]  13/21
extravagantly [1]  12/18
eye [1]  13/18

**F**

face [1]  15/4
faces [2]  9/13 15/2
fact [5]  5/19 7/17 11/20 20/10 23/22
factors [3]  5/14 8/8 20/22
fail [1]  23/9
false [1]  11/15
familiar [1]  11/21

family [8]  6/16 6/18 6/22 6/25 8/18 9/6
  9/13 21/8
far [1]  3/24
fashion [1]  9/16
fate [1]  21/5
father [5]  5/18 6/10 6/13 13/1 13/2
fault [2]  10/22 12/6
favor [1]  5/16
FDA [1]  11/14
FDC [2]  24/16 24/20
federal [5]  1/21 5/4 18/25 25/9 25/18
feedback [1]  14/12
feeding [1]  6/1
few [4]  6/24 14/21 15/22 16/6
field [1]  12/12
figure [1]  4/22
files [1]  21/12
financial [4]  16/2 22/3 22/16 22/17
financially [2]  9/11 16/5
find [1]  22/24
findings [1]  23/22
fine [2]  22/25 22/25
firearm [1]  21/21
first [2]  9/5 22/5
five [1]  13/3
five years [1]  13/3
flag [1]  24/13
Flagler [1]  1/18
flags [2]  10/21 11/1
Flanders [2]  6/9 12/22
FLORIDA [9]  1/1 1/4 1/13 1/16 1/19
  1/22 14/20 25/11 25/19
flsd.uscourts.gov [2]  1/22 25/19
folks [1]  7/17
followed [2]  9/21 11/13
following [1]  6/11
food [2]  15/13 15/14
foregoing [1]  25/12
format [1]  25/15
former [2]  11/20 16/3
Fort [3]  1/4 1/22 25/19
forth [2]  7/20 9/24
forward [1]  7/9
foster [2]  6/6 6/16
found [1]  8/3
fraud [3]  2/15 8/4 25/2
fraudulent [1]  22/22
friends [7]  9/14 11/6 12/21 14/9 14/20
  16/3 16/7
full [3]  8/23 13/23 22/23
fully [2]  11/10 23/22
funds [1]  23/6
further [7]  16/20 16/21 19/12 20/17
  20/19 20/20 22/5
future [5]  5/11 9/2 14/5 16/2 21/13

**G**

gain [1]  18/20
game [1]  14/24
general [2]  8/9 9/2
get [3]  7/18 7/24 9/2
getting [2]  14/3 21/7
gina [6]  1/20 1/22 25/9 25/17 25/17
  25/19
girlfriend [1]  12/20
give [2]  5/11 6/19 14/12
given [1]  6/19
glean [1]  7/23

## G

**GLP [1]** 12/12
**GLP-1 [1]** 12/12
**gmail.com [1]** 1/19
**go [6]** 4/17 13/13 13/14 15/10 22/15 24/6
**goes [1]** 9/3
**going [4]** 4/16 7/14 7/19 9/12
**gone [1]** 21/4
**good [10]** 2/7 2/10 10/16 14/18 15/1 15/1 15/5 15/5 21/3 24/7
**got [2]** 7/5 18/15
**gotten [1]** 21/6
**government [18]** 1/12 3/3 5/6 5/11 7/20 8/25 16/22 17/5 19/14 19/8 19/9 19/13 20/18 21/10 21/12 22/11 24/1 24/10
**grade [1]** 14/3
**grant [1]** 4/9
**grateful [1]** 16/8
**grave [1]** 8/11
**great [1]** 17/8
**greatly [1]** 9/7
**gross [1]** 22/20
**grossly [1]** 15/23
**grounds [1]** 10/9
**group [1]** 12/21
**guess [2]** 3/14 21/4
**guidelines [10]** 3/8 3/15 3/17 5/1 7/25 8/1 9/25 19/15 20/22 21/15
**guilt [1]** 20/9
**guilty [5]** 2/14 2/15 20/10 20/11 21/3

## H

**had [16]** 2/18 5/19 8/14 8/16 9/12 10/8 11/18 12/6 12/8 12/10 12/15 17/18 18/2 18/20 20/11 21/3
**half [1]** 8/4
**happened [3]** 7/7 7/7 19/25
**hard [1]** 14/8
**harm [2]** 17/19 17/23
**has [35]**
**have [38]**
**haven't [1]** 12/1
**having [3]** 2/14 20/21 20/22
**he [71]**
**he's [7]** 5/17 6/16 8/19 14/2 14/4 21/7 22/24
**healthcare [4]** 8/4 18/8 18/25 22/10
**heard [3]** 7/7 11/4 11/9
**hearing [3]** 1/9 23/23 24/19
**held [2]** 12/3 25/14
**hello [1]** 13/19
**help [8]** 13/4 14/1 14/14 14/16 14/19 14/20 14/24 15/14
**helpful [1]** 19/8
**helping [3]** 6/1 6/2 6/3
**helps [2]** 15/6 15/6
**her [3]** 6/10 6/11 6/11
**here [12]** 2/11 4/20 6/9 7/5 7/10 7/12 7/13 7/17 7/19 9/21 12/22 21/7
**hereby [1]** 25/11
**Hernandez [1]** 21/25
**him [16]** 2/15 4/10 4/16 4/17 5/11 5/18 5/21 6/23 6/25 7/5 7/10 7/11 9/1 9/7 9/16 13/21
**himself [1]** 8/17
**his [57]**
**history [4]** 3/19 5/23 10/8 18/22

## HIV

**HIV [6]** 12/2 12/4 12/10 12/16 17/21 22/22
**Holly [8]** 6/9 12/22 12/24 13/21 13/25 14/7 15/15 16/6
**Holly's [1]** 16/15
**home [1]** 16/2
**homeless [1]** 6/1
**honest [1]** 14/12
**Honor [27]**
**HONORABLE [1]** 1/9
**honoring [1]** 3/10
**hope [1]** 16/13
**Hopefully [1]** 14/5
**hopes [1]** 16/12
**hours [2]** 17/24 19/8
**house [1]** 24/21
**how [8]** 7/10 11/5 13/5 13/6 13/8 13/22 14/21 17/1
**Hudson [4]** 6/10 12/23 13/23 14/2
**humbled [1]** 9/4
**hundreds [1]** 12/13
**Hurricane [1]** 6/4
**husband [1]** 6/11

## I

**I'd [1]** 4/14
**I'm [9]** 7/14 10/22 11/5 12/17 14/13 14/16 15/18 15/18 20/4
**I've [2]** 2/16
**if [10]** 4/14 4/19 7/18 12/6 12/8 13/15 14/15 22/14 22/16 24/17
**impact [4]** 5/19 10/8 17/18 18/3
**impediment [1]** 13/21
**importance [1]** 15/21
**important [2]** 15/9 21/1
**impose [5]** 10/11 16/20 20/17 21/1 22/25
**imposed [2]** 4/3 23/25
**imposition [1]** 10/10
**impression [1]** 15/17
**imprisonment [2]** 8/20 10/1
**in [103]**
**in fact [2]** 11/20 20/10
**incarceration [2]** 10/4 22/19
**include [1]** 3/6
**included [2]** 3/13 18/12
**including [5]** 5/17 13/5 17/23 18/13 21/23
**inconvenience [1]** 7/21
**incorporate [1]** 23/15
**incur [1]** 22/5
**indicate [1]** 24/22
**indicated [2]** 20/4 20/8
**indication [1]** 19/23
**indirectly [1]** 22/9 22/10
**influence [1]** 12/25
**inform [1]** 23/4
**information [4]** 5/5 11/24 19/7 22/3
**instead [1]** 17/22
**insurance [1]** 22/11
**integral [1]** 11/7
**intense [1]** 5/8
**intent [2]** 18/13 18/18
**into [5]** 6/14 17/8 17/8 22/2 23/19
**investigation [6]** 2/16 2/19 2/25 3/3 3/25 23/18
**involved [5]** 5/8 17/13 18/14 18/15 22/23

## involvement

**involvement [2]** 5/6 5/7
**ironically [1]** 12/23
**is [67]**
**isn't [1]** 11/13
**issue [2]** 12/6 12/8
**it [26]**
**it's [8]** 4/13 5/10 7/6 14/12 15/1 15/1 15/3 21/1
**its [3]** 8/2 10/11 13/15

## J

**JACQUELINE [2]** 1/15 2/8
**jacqueline.derovanesian [1]** 1/17
**jail [4]** 16/1 24/15 24/15 24/17
**Jersey [4]** 19/24 20/5 20/7 20/15
**job [3]** 16/1 22/14 22/16
**joint [1]** 22/13
**jointly [1]** 17/3
**JUDGE [13]** 1/10 3/24 4/5 4/10 4/13 5/24 7/14 7/23 8/1 9/17 10/3 10/14 24/8
**judgment [3]** 12/5 21/16 23/5
**Judicial [1]** 25/16
**jury [1]** 21/5
**just [12]** 3/5 4/23 6/23 6/24 9/2 14/6 14/11 17/7 17/14 18/11 18/23 24/16

## K

**kill [1]** 15/13
**kindness [1]** 13/6
**knew [2]** 10/21 11/14
**know [15]** 4/9 6/21 7/10 7/10 7/23 10/18 11/2 11/17 11/22 14/10 14/13 15/23 16/10 19/20 24/17
**known [2]** 6/23 6/25
**knows [1]** 12/25

## L

**large [1]** 18/2
**last [3]** 14/19 15/21 16/11
**later [3]** 19/13 20/9 21/12
**Lauderdale [3]** 1/4 1/22 25/19
**law [4]** 8/24 21/2 21/17 23/23
**law-abiding [1]** 8/24
**lawyer [1]** 2/25
**lawyers [1]** 11/5
**Lazaro [1]** 21/24
**lead [1]** 16/16
**leaned [1]** 11/21
**learn [2]** 14/21 15/6
**learned [2]** 8/10 24/13
**learning [1]** 13/19
**leave [1]** 24/8
**led [2]** 8/12 11/2
**left [3]** 9/12 13/2 16/9
**legal [1]** 4/2
**lengthy [2]** 8/10 17/7
**leniency [1]** 10/10
**less [1]** 9/1
**lesson [1]** 8/11
**let [3]** 10/18 12/5 19/22
**letter [1]** 7/16
**letters [5]** 5/22 6/15 6/21 7/6 7/24
**level [3]** 3/17 3/19 14/25
**liability [1]** 22/14
**licenses [1]** 11/19
**lies [1]** 11/12
**life [12]** 6/22 6/23 7/1 7/3 9/5 10/3 12/19 13/1 13/4 16/7 16/13 17/21

**L**
life-saving [1]  17/21
light [1]  15/3
like [9]  4/6 4/8 4/15 10/17 13/9 14/16 15/3 16/16 19/20
likely [1]  9/1
lines [2]  12/11 20/4
listen [1]  14/12
live [1]  12/18
lives [3]  5/18 6/14 14/17
location [1]  12/2
lodging [1]  15/14
long [2]  12/21 13/12
long-term [1]  12/21
look [5]  4/24 5/18 10/7 13/18 15/4
looking [2]  8/19 14/13
lose [1]  9/12
loss [1]  17/11
lost [3]  6/20 9/11 16/1
love [2]  6/13 15/1
loved [1]  7/2
low [3]  19/14 19/17 21/15
lowest [1]  19/18
luck [1]  24/7

**M**
made [7]  4/21 10/19 11/11 14/4 20/2 20/12 21/3
maintaining [1]  6/17
make [10]  4/6 4/11 9/1 13/7 13/11 13/15 13/16 14/8 16/18 16/18
makes [2]  13/25 15/4
male [1]  12/25
man [2]  4/21 7/2
mandatory [1]  23/16
manner [2]  22/8 23/24
manners [1]  13/5
many [3]  7/5 10/19 19/8
marshal [1]  25/3
marshals [4]  24/5 24/6 24/13 24/19
matter [1]  25/14
mattered [1]  7/21
may [4]  4/19 19/11 19/12 23/24
me [23]  10/17 11/2 11/11 12/7 12/8 12/11 12/17 12/24 14/9 14/9 15/1 15/4 15/5 15/6 15/6 15/10 15/19 16/4 16/4 16/4 16/12 19/22 21/15
meant [1]  3/14
medical [1]  15/14
medication [3]  17/21 17/21 18/4
medications [1]  17/15
medicine [2]  12/4 22/23
meet [1]  13/8
meeting [4]  5/8 20/2 20/3 20/9
memo [2]  18/12 18/19
memorandum [1]  5/2
memory [1]  14/6
mental [1]  14/23
mentally [1]  16/5
mentioned [1]  18/23
mentor [2]  4/23 6/5
met [2]  5/4 20/9
Miami [2]  1/13 1/19
middle [1]  10/20
mild [1]  13/24
militates [1]  5/16
MILLAN [7]  1/18 2/11 2/22 3/22 18/13 23/19 24/3

millanstm [1]  1/19
million [1]  17/14
millions [2]  9/10 17/12
mindset [1]  8/13
mine [1]  11/22
minimal [1]  18/20
minimum [1]  22/17
Miramar [2]  1/16 1/16
misconduct [1]  12/17
mistake [2]  11/22 24/20
mistakes [3]  10/19 10/19 16/18
mitigating [3]  21/8 21/11 21/14
moment [1]  17/2
money [5]  12/5 15/9 15/13 15/15 17/11
month [3]  17/4 17/9 19/3
monthly [1]  22/20
months [7]  3/12 3/18 8/14 15/25 19/15 19/19 21/17
more [2]  11/14 11/23
most [6]  6/19 6/24 15/10 16/1 16/3 18/4
mother [3]  12/23 12/24 13/7
motion [2]  5/10 20/14
move [1]  24/11
moved [2]  13/2 14/20
moving [2]  14/16 19/24
Mr. [19]  2/13 2/22 2/24 3/22 4/14 18/13 19/1 19/20 19/23 20/3 20/3 21/3 21/17 23/4 23/19 24/3 24/7 24/12 24/21
Mr. Brosius [14]  2/13 2/24 4/14 19/1 19/20 19/23 20/3 20/3 21/3 21/17 23/4 24/7 24/12 24/21
Mr. Millan [5]  2/22 3/22 18/13 23/19 24/3
Ms. [1]  2/20
Ms. DerOvanesian [1]  2/20
much [1]  17/1
must [3]  18/14 22/15 22/17
my [32]
myself [2]  10/24 11/10

**N**
N.E [1]  1/13
nature [1]  15/3
near [2]  14/5 24/21
nearly [1]  8/4
necessary [2]  9/23 9/24
need [6]  9/17 12/25 14/16 23/19 24/6 24/9
negotiated [1]  3/7
Neither [1]  8/9
network [1]  7/4
never [7]  6/20 8/16 8/16 12/3 12/15 12/18 20/14
new [7]  12/11 14/22 15/6 19/24 20/5 20/7 20/15
New Jersey [3]  19/24 20/5 20/7
next [1]  7/3
no [16]  1/2 3/4 4/4 4/13 4/13 9/4 10/20 12/4 12/16 15/13 18/13 18/22 20/16 23/20 24/2 24/4
no-kill [1]  15/13
non [1]  9/18
non-custodial [1]  9/18
none [1]  10/2
nor [1]  8/9
normal [1]  16/16
Normally [1]  4/14
not [28]

**note** [1]  3/5
noted [1]  18/19
Nothing [2]  16/21 20/20
noting [1]  18/22
November [1]  1/5
now [11]  2/2 4/11 4/20 8/13 8/23 12/21 13/10 16/6 18/25 24/7 24/19
number [2]  17/14 17/17

**O**
o'clock [1]  25/4
objections [6]  3/2 3/4 3/24 23/22 23/24 24/1
obligations [2]  22/16 22/18
obtain [1]  22/1
obtaining [1]  22/5
obviously [4]  3/5 5/13 15/18 17/7
occasions [1]  5/25
offenders [1]  8/4
offense [3]  3/17 3/19 5/6
offer [2]  9/19 21/9
offering [1]  10/17
OFFICE [3]  1/12 1/15 24/15
officer [4]  11/20 22/4 22/6 22/8
Official [3]  1/21 25/9 25/18
Okay [1]  10/15
old [4]  4/21 13/20 13/23 15/7
older [2]  9/2 9/4
on [33]
once [1]  6/20
one [7]  6/20 7/13 9/4 10/20 15/20 17/2 24/22
ongoing [1]  19/12
only [4]  5/6 20/5 21/13 24/12
open [2]  13/18 14/9
opened [1]  12/13
opening [2]  11/4 12/11
opportunity [2]  2/18 4/9
or [26]
order [10]  2/1 6/6 22/1 22/2 22/4 22/6 22/8 22/13 23/1 24/16
ordered [1]  2/15
organizations [1]  15/10
organizing [1]  6/5
other [6]  7/17 11/23 17/4 21/21 24/12 25/1
others [2]  6/7 15/20
our [4]  3/7 15/16 19/13 19/15
out [6]  7/15 14/13 17/24 18/7 18/24 19/19
outside [2]  12/16 14/7
over [4]  10/14 12/13 14/19 16/13
owes [1]  9/10
own [8]  7/22 7/22 9/6 9/8 10/3 13/8 13/15 22/9
Ozempic [1]  12/12

**P**
p.m [4]  1/5 1/5 2/1 25/6
page [1]  25/15
Pages [1]  1/7
paid [2]  17/15 23/2
Paragraphs [1]  23/17
paraphrasing [1]  20/4
parents [1]  6/18
Parker [3]  6/11 12/23 13/20
Parkway [1]  1/16
part [5]  6/22 11/7 14/17 16/7 19/24

**P**

part of [1]  16/7
participated [1]  17/9
party [1]  23/24
passed [2]  11/24 17/24
past [1]  6/8
Pat [2]  12/6 12/8
Pat's [1]  11/12
patently [1]  11/15
path [1]  11/7
patience [1]  6/13
patient [2]  17/19 17/24
patients [2]  17/20 18/1
Patrick [1]  24/14
pay [4]  22/13 22/17 22/19 22/25
paying [2]  16/10 20/6
payment [1]  20/11
penalties [1]  15/24
people [16]  6/21 6/23 7/6 7/13 7/15 9/2
 10/25 13/5 13/6 13/18 13/18 14/8 14/9
 14/19 14/22 15/15
people's [1]  20/6
per [1]  22/17
percent [5]  8/5 8/5 8/7 22/15 22/20
Perhaps [1]  9/5
period [7]  6/11 6/24 9/14 9/19 9/21 23/2
 23/9
permanently [1]  8/13
permission [1]  22/6
person [4]  5/25 6/2 7/9 12/18
personal [5]  5/16 10/7 12/19 18/20 22/7
personally [1]  13/19
persuaded [1]  10/24
pets [1]  13/8
phase [1]  7/3
phrases [1]  13/22
physical [1]  14/24
pick [1]  13/13
pieces [1]  13/13
pills [1]  18/2
place [1]  16/6
placed [1]  21/18
plans [1]  7/4
play [2]  14/21 14/25
played [1]  5/17
players [1]  14/23
plea [9]  3/7 3/11 5/3 16/25 18/17 18/21
 19/15 19/24 20/15
plead [1]  21/3
Please [1]  2/4
pled [3]  2/14 8/22 20/11
POGOZELSKI [2]  1/12 2/8
point [4]  10/20 16/9 16/10 24/22
portion [3]  11/9 12/5 14/18
portions [1]  9/18
position [1]  19/14
positive [1]  10/8
possess [1]  21/21
possessing [1]  21/20
possibility [1]  9/13
potential [2]  9/19 20/8
practice [1]  13/16
practiced [1]  15/2
preach [1]  13/17
precious [1]  6/19
preparation [1]  5/8
prepare [2]  8/17 8/17
prescription [1]  18/4

presentence [6]  2/16 2/19 2/24 3/2 3/24
 23/17
pretty [2]  12/19 16/5
prevent [1]  6/2
prior [4]  12/2 12/2 22/1 22/12
prison [3]  8/10 21/18 22/15
private [1]  22/11
probation [3]  22/4 22/6 22/8
problem [2]  12/10 14/15
problems [5]  10/21 12/15 14/2 14/5
 24/18
proceedings [2]  25/6 25/14
process [2]  10/25 11/8
products [1]  11/24
professional [1]  14/23
profit [1]  17/16
prohibited [1]  21/20
promote [1]  9/22
promotes [1]  21/2
pronounce [1]  13/22
proper [1]  4/23
property [1]  22/7
prosecute [1]  23/7
prosecutors [1]  5/4
proud [1]  14/4
provide [4]  7/25 19/7 19/12 22/3
provided [3]  5/5 5/22 8/15
providing [3]  6/13 8/2 9/23
punished [1]  10/2
punishment [1]  5/20
punitive [1]  9/20
purchase [1]  17/15
purposes [1]  9/24
pursuant [2]  16/24 25/11
put [1]  10/24

**Q**

quarter [1]  22/17
question [2]  18/3 19/22
questions [1]  11/1
quickly [1]  19/2

**R**

raise [1]  11/1
raising [1]  12/24
range [3]  3/20 7/25 21/15
ranging [1]  14/22
rate [2]  9/3 22/20
rather [2]  8/2 15/18
reached [1]  7/15
read [2]  2/24 23/19
reading [2]  13/25 14/4
real [3]  12/6 17/18 17/19
realistic [1]  8/20
realize [1]  10/18
really [3]  13/14 14/4 16/7
Realtime [1]  25/9
reasonable [3]  20/24 22/7 22/8
reasons [1]  17/10
received [8]  2/16 8/5 11/25 17/20 17/22
 18/1 21/5 21/5
recent [1]  19/6
recently [2]  15/14 16/1
recess [1]  25/4
recidivism [2]  9/3 18/23
recommend [2]  3/11 17/9
recommendation [1]  17/5
recommended [1]  3/11

record [2]  2/6 23/19
red [2]  10/21 11/1
red flags [2]  10/21 11/1
reduction [1]  8/7
referring [1]  18/14
regard [1]  4/11
Regardless [1]  12/4
regularly [1]  6/2
regulations [3]  11/14 11/21 25/16
rehabilitation [4]  9/17 9/23 10/6 10/9
rehabilitative [2]  9/19 9/20
relationship [3]  6/9 11/22 12/21
relationships [1]  6/17
release [14]  9/20 9/22 21/18 21/19
 21/19 21/23 21/25 22/19 22/24 23/3
 23/16
relentlessness [1]  13/24
relevant [1]  4/24
rely [2]  17/22 18/5
remain [1]  8/23
remarkable [1]  12/25
remorseful [1]  5/4
remotely [1]  12/1
replenished [1]  6/21
report [7]  2/16 2/19 2/25 3/3 3/6 3/25
 23/18
reported [2]  1/20 25/14
Reporter [3]  1/21 25/10 25/18
represent [1]  23/8
represents [1]  17/14
request [1]  10/11
requesting [1]  3/23
requires [1]  8/9
rescues [1]  15/13
respect [6]  13/5 13/6 13/7 20/5 20/7
 21/2
respected [1]  4/22
responsibilities [1]  11/12
responsibility [6]  10/19 17/13 18/16
 19/1 19/2 21/6
rest [2]  10/3 14/3
restitution [5]  16/11 16/22 22/14 22/20
 23/2
result [5]  8/12 9/7 9/8 10/3 15/24
retraction [1]  20/8
review [2]  2/18 11/25
reviewed [1]  2/17
reviewing [2]  5/22 6/15
ridiculous [1]  11/16
right [10]  2/12 2/13 4/1 13/10 16/6
 16/18 20/21 23/10 24/5 25/1
rise [2]  2/2 25/5
robbed [1]  6/3
Roberto [1]  21/25
rodriguez [6]  1/20 1/22 25/9 25/17
 25/17 25/19
role [1]  5/17
rounded [1]  19/19
rounding [1]  19/21
RPR [2]  1/20 25/17
Rule [3]  5/10 5/13 21/12
Rule 35 [1]  5/10
Rule 3553 [1]  5/13
rules [3]  11/17 11/21 13/9
run [1]  13/12

**S**

Safe [10]  10/25 11/18 11/18 11/24 12/1

**S**

Safe... [1]  12/17
Safe Chain [6]  10/25 11/18 11/18 11/24
 12/1 12/17
said [3]  11/13 13/1 18/25
saint [1]  15/18
sales [2]  11/9 11/16
same [1]  21/5
Sandy [1]  6/4
sat [2]  17/7 19/8
saving [1]  17/21
savings [1]  16/1
saw [2]  10/21 11/1
say [4]  4/15 6/25 13/19 17/5
scheme [1]  17/8
school [3]  6/3 15/11 15/11
school-aged [1]  15/11
schoolteachers [1]  15/12
scored [2]  3/15 3/17
search [1]  22/7
seated [2]  2/4 2/11
second [2]  14/3 15/3
Section [2]  20/23 25/12
security [1]  16/2
see [2]  6/16 7/22
seeing [1]  15/2
seek [1]  14/10
seeking [1]  16/22
seems [1]  21/14
seen [1]  12/3
self [2]  4/21 22/2
self-employment [1]  22/2
self-made [1]  4/21
semi [1]  16/16
semi-normal [1]  16/16
sense [2]  9/11 16/2
sentence [23]  3/12 4/2 4/23 8/10 9/16
 9/19 9/21 10/1 10/4 10/10 10/11 16/20
 17/9 18/10 19/16 20/17 20/24 21/1
 21/16 23/5 23/25 24/6 25/3
sentenced [1]  21/17
sentencing [9]  1/9 2/15 5/2 7/25 8/3
 18/12 18/19 20/22 23/23
separate [2]  18/8 18/24
separated [1]  9/13
separation [1]  24/16
series [1]  8/11
seriousness [1]  8/21
serve [1]  10/2
service [1]  22/10
session [1]  2/3
set [1]  9/24
seven [1]  13/23
seven-year-old [1]  13/23
several [7]  13/22 14/19 15/9 15/25
 17/10 19/5 22/13
severally [1]  17/3
severity [1]  18/9
shall [5]  21/19 21/20 21/21 21/22 22/19
shape [1]  15/6
shared [1]  11/10
she [2]  12/22 12/25
she's [1]  7/13
shelters [1]  15/13
Sheriff [1]  24/20
Sheriff's [1]  24/15
short [1]  6/24
should [7]  3/8 3/15 3/17 4/2 18/9 23/6

23/9
show [2]  4/2 13/7
showing [1]  13/5
shutdown [1]  7/20
siblings [1]  6/15
side [3]  11/19 14/24 15/19
signed [1]  18/16
significant [6]  6/22 9/14 10/1 10/12
 18/6 21/1
simple [1]  12/19
since [3]  12/2 14/20 19/4
single [2]  12/24 13/14
sister [2]  7/13 16/4
sits [1]  4/20
skills [3]  13/4 14/24 15/6
small [3]  12/21 13/11 16/12
smile [1]  15/6
so [14]  3/8 3/19 4/11 7/6 7/20 7/20 18/8
 19/2 19/13 20/7 20/12 20/14 21/16 25/1
sobering [1]  8/15
societal [1]  20/25
society [1]  15/20
sold [1]  17/16
solicit [1]  22/4
some [3]  10/20 15/18 20/8
someone [2]  11/14 14/8
something [7]  7/7 8/14 14/16 15/2
 16/14 17/22 20/4
sometimes [4]  14/10 14/11 14/12 17/23
sons [1]  6/10
soon [1]  16/13
sorry [1]  10/22
sort [1]  15/18
source [1]  11/23
SOUTHERN [2]  1/1 25/11
space [1]  12/14
speak [3]  7/14 7/15 10/17
special [1]  21/23 22/25 23/1
specific [1]  8/9
speech [1]  13/20
spend [3]  12/20 13/21 14/18
spent [3]  8/14 15/25 15/25
sports [1]  13/9
stability [1]  6/13
staggering [1]  17/12
standard [2]  21/22 23/15
stands [1]  4/20
start [1]  10/17
state [1]  11/19
statement [1]  11/15
statements [1]  11/4
STATES [11]  1/1 1/4 1/10 1/12 1/15 2/5
 2/9 20/23 25/10 25/12 25/16
stay [1]  15/6
stayed [1]  16/7
stenographically [1]  25/13
step [1]  14/5
STEPHEN [2]  1/18 2/11
Stephen Millan [1]  2/11
Steve [1]  13/1
still [5]  7/8 7/9 7/10 16/6 24/14
stop [2]  10/22 11/1
strangers [2]  6/1 14/20
strategies [1]  14/24
Street [2]  1/13 1/18
stripes [1]  12/10
stuck [2]  7/18 16/4
students [1]  15/12

subject [1]  5/10
submit [1]  22/6
submits [1]  22/11
submitted [2]  18/12 24/15
subsequent [1]  20/9
substances [1]  21/22
substantial [2]  5/5 10/4
suddenly [1]  15/2
suffer [2]  5/20 9/9
suffered [2]  9/7 9/10
sufficient [1]  20/24
Suite [1]  1/18
supervised [9]  9/20 9/22 21/19 21/19
 21/23 21/25 22/24 23/2 23/16
supplies [2]  6/3 15/12
supply [1]  18/4
support [2]  7/22 21/8
supported [3]  7/3 7/23 16/4
supportive [1]  7/10
sure [4]  4/7 4/12 13/7 13/7
surprised [1]  11/5
surrogate [4]  6/10 6/12 6/13 9/6
survivors [1]  6/4
switch [1]  15/3
syndrome [1]  6/2

**T**

take [2]  13/25 19/1
taken [1]  17/13
taking [1]  17/24
talk [1]  13/11
talking [1]  14/9
tampered [1]  22/22
tasked [1]  12/11
teach [1]  13/8
teaches [1]  13/10
teaching [1]  13/4
teamwork [1]  6/6
tell [2]  13/12 21/13
telling [1]  15/17
ten [1]  13/20
ten-year-old [1]  13/20
tend [1]  14/8
tens [1]  9/10
term [1]  12/21
testify [1]  21/11
than [5]  11/2 11/14 11/23 17/4 25/1
Thank [5]  10/12 10/16 16/19 24/24
 24/25
that [147]
that's [4]  3/23 11/2 12/6 19/17
their [18]  2/6 6/14 6/25 7/6 9/2 11/19
 12/10 12/12 13/1 13/7 13/8 14/17 14/25
 15/2 15/4 17/21 17/21 18/2
them [27]
then [3]  6/2 18/22 24/12
there [19]  3/5 4/5 7/2 10/21 12/16 14/14
 14/14 14/17 15/24 17/12 17/19 17/20
 18/13 19/23 19/25 23/11 24/1 24/8
 24/18
there's [3]  12/4 15/19 20/14
these [8]  5/14 6/21 8/12 8/17 14/1 14/5
 16/18 17/15
they [27]
they're [5]  6/23 7/8 7/10 7/12 16/9
thing [2]  6/20 20/5 24/12
things [6]  5/24 8/17 13/9 13/11 16/18
 18/12

**T**

**think [10]**  3/8 3/15 8/17 17/10 20/25 21/1 21/2 21/8 21/9 22/23
**thinking [1]**  19/23
**this [40]**
**those [11]**  5/21 8/6 8/6 9/3 10/2 12/15 12/15 20/10 20/12 20/12 25/1
**thought [1]**  17/20
**three [3]**  6/8 21/18 22/23
**three years [3]**  6/8 21/18 22/23
**through [6]**  6/17 14/1 17/7 23/17 24/11 24/12
**throw [1]**  13/9
**time [23]**  4/5 5/12 6/4 6/20 6/24 8/16 9/5 9/14 9/15 10/17 12/20 13/14 13/21 13/25 14/7 14/18 14/22 15/9 15/15 16/19 21/13 22/8 24/10
**times [2]**  14/21 19/5
**Title [1]**  25/12
**today [5]**  7/12 7/14 11/3 12/22 21/7
**together [1]**  11/7
**too [1]**  9/12
**top [1]**  17/16
**total [1]**  3/17
**tournaments [1]**  6/5
**tournaments/events [1]**  6/5
**towards [2]**  22/15 22/17
**town [1]**  15/16
**train [1]**  14/22
**training [3]**  15/5 15/5 15/8
**transcript [2]**  25/13 25/15
**trash [1]**  13/14
**treat [2]**  13/5 13/6
**treatment [1]**  15/16
**treatments [1]**  15/14
**trial [5]**  17/7 19/6 19/22 20/13 21/4
**troubling [1]**  13/22
**true [2]**  11/13 25/13
**trust [1]**  10/24
**truth [2]**  11/6 14/13
**truthful [1]**  5/5
**try [2]**  13/4 16/18
**trying [2]**  7/14 14/19
**turn [1]**  10/14
**two [4]**  5/18 6/10 13/13 16/15

**U**

**U.S [1]**  8/3
**ultimate [1]**  11/23
**unaware [1]**  7/7
**under [3]**  4/25 8/7 9/25
**undercover [1]**  5/9
**undergo [1]**  7/21
**understand [4]**  13/9 15/19 15/23 16/17
**understanding [1]**  23/11
**understands [2]**  8/19 8/21
**understood [1]**  17/15
**UNICOR [2]**  22/14 22/16
**UNITED [11]**  1/1 1/4 1/10 1/12 1/15 2/5 2/9 20/23 25/10 25/12 25/16
**United States [1]**  2/9
**unlike [1]**  11/9
**unload [1]**  14/11
**unnecessary [1]**  10/5
**unpaid [1]**  23/1
**until [3]**  4/22 16/11 25/4
**up [9]**  4/22 5/18 11/11 12/11 12/13 13/13 14/3 14/9 20/23

**upon [3]**  18/5 21/18 22/19
**us [1]**  20/10
**usdoj.gov [2]**  1/14 1/17
**use [2]**  8/2 10/11

**V**

**variance [6]**  4/25 4/25 5/16 8/2 8/5 10/12
**variances [2]**  8/6 8/6
**various [2]**  5/25 11/11
**vendor [1]**  11/24
**vendors [4]**  11/8 12/7 12/9 12/13
**versus [1]**  2/5
**very [8]**  8/15 11/5 12/20 14/4 16/12 18/14 19/2 19/18
**view [1]**  8/20
**violence [1]**  18/23
**volleyball [3]**  6/5 14/21 15/8
**volunteer [1]**  14/21
**volunteering [1]**  6/4

**W**

**waive [1]**  22/25
**waiver [2]**  23/10 23/11
**want [5]**  4/12 7/20 14/11 15/19 24/17
**wanted [2]**  18/11 24/13
**was [25]**  4/16 5/24 7/18 8/7 8/14 11/5 11/7 11/16 11/20 11/22 15/23 17/15 17/19 17/20 18/7 18/13 18/24 19/5 19/23 20/1 20/6 23/11 23/25 24/13 24/22
**wasn't [3]**  3/14 11/16 21/10
**way [6]**  9/4 12/7 12/9 14/11 14/14 16/2
**we [36]**
**we're [3]**  5/11 8/1 14/4
**week [2]**  14/1 14/21
**weekly [1]**  14/18
**weigh [1]**  21/14
**well [12]**  3/23 5/2 5/13 5/18 5/19 7/13 8/3 8/23 9/9 14/2 19/18 24/19
**went [3]**  11/6 12/12 17/8
**were [13]**  3/5 3/13 5/22 5/24 7/6 8/6 10/21 11/6 17/12 17/16 17/20 18/12 19/8
**West [1]**  1/18
**what [19]**  3/8 3/10 3/14 3/23 7/4 7/5 7/7 8/20 11/2 11/9 13/16 15/23 16/17 17/5 17/20 18/6 18/21 19/24 20/24
**whatever [2]**  4/12 9/12
**when [6]**  7/21 11/1 13/12 15/2 18/15 21/13
**where [4]**  6/11 11/2 18/17 24/21
**whether [2]**  6/1 21/12
**which [12]**  4/9 6/19 8/14 8/15 8/22 13/24 15/21 18/4 18/20 23/5 23/7 23/25
**while [8]**  8/11 9/23 11/7 18/7 18/24 21/19 21/25 22/14
**who [19]**  2/11 5/18 5/25 6/9 6/21 6/23 7/2 7/6 7/13 7/15 9/6 11/14 11/20 12/22 12/23 12/24 17/20 17/24 18/1
**whole [2]**  6/23 7/1
**wholesale [1]**  11/16
**why [1]**  4/2
**wife [2]**  16/1 16/3
**will [20]**  5/20 8/20 9/9 10/2 10/14 14/5 16/10 16/13 16/13 17/6 21/13 21/16 21/18 23/7 23/9 24/5 24/6 25/2 25/3 25/3

**WILLIAM [1]**  1/9
**willing [1]**  24/22
**willingness [1]**  21/10
**wire [2]**  2/14 25/2
**wish [1]**  9/5
**withdraw [2]**  19/24 20/14
**within [4]**  3/11 19/3 23/5 23/9
**without [4]**  16/5 22/5 22/12 23/6
**witness [1]**  19/6
**won't [1]**  16/18
**wonderful [1]**  12/24
**words [1]**  13/22
**work [3]**  14/8 14/23 22/16
**worked [3]**  6/12 6/16 12/1
**working [2]**  5/9 13/21
**works [2]**  15/2 22/14
**world [2]**  16/12 16/14
**would [25]**  3/11 4/6 4/8 4/9 4/15 5/15 7/18 9/4 9/14 9/22 10/1 10/5 10/17 11/25 13/15 13/16 16/5 16/16 19/16 19/18 19/20 21/4 24/10 24/11 24/20
**WPD [1]**  1/2
**write [1]**  7/9
**writing [1]**  13/25
**written [2]**  22/1 22/5
**wrong [3]**  15/23 18/2 20/5
**wrote [1]**  7/13

**Y**

**year [4]**  4/21 13/20 13/23 15/12
**years [11]**  6/8 6/24 6/25 9/1 9/3 13/3 14/20 15/7 15/22 21/18 22/23
**Yes [7]**  2/21 2/23 3/1 3/21 16/24 23/13 23/14
**you [31]**
**young [4]**  5/18 6/10 9/6 12/23
**your [31]**
**Your Honor [15]**  2/7 3/4 3/10 3/16 4/19 4/20 10/16 16/21 16/24 17/6 20/1 20/20 23/13 24/24 24/25