UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-WPD

UNITED STATES OF AMERICA

v.

PATRICK BOYD and
CHARLES BOYD,
    Defendants.
_____/

## MOTION TO RESET SENTENCING DATE AND EXTEND TIME TO FILE PSR OBJECTIONS

Charles Boyd ("Boyd"), through undersigned counsel, files this Motion to Reset Sentencing Date and Extend Time to File PSR Objections. Boyd further states the following:

1. Boyd is currently scheduled to be sentenced on February 13, 2026.

2. Boyd did not receive the PSR until January 13, 2026. Due to technical issues, the PSR that had been completed on January 12, 2026 was not actually transmitted until January 13, 2026.

3. The PSR provides a lengthy and detailed factual presentation that requires response and objection. Additionally, the PSR submits numerous Sentencing Guideline enhancements that require both factual and legal response and objection.

4. Counsel received the PSR while in trial and was not able to fully review the PSR until after the trial concluded on January 15, 2026.

5. Counsel was not able to meet with Boyd at the Miami Detention Center to review the PSR until Tuesday, January 20, 2026.

6. With the fourteen-day period to submit objections to the PSR concluding on January 27, 2026, Boyd requests additional time to prepare and submit objections.

7. Boyd requests an extension until February 13, 2026 to file PSR objections.

8. Boyd also requests that the sentencing hearing be reset until March 6, 2026, so that he can be fully prepared.

9. With the PSR not provided to Boyd until January 13, 2026, the current sentencing date of February 13, 2026 is less than the required thirty-five days between receipt of the PSR and sentencing date.

10. Boyd's counsel is confirmed to undergo surgery on February 2, 2026 and February 4, 2026.  Due to the nature of the surgery, counsel is unlikely to be able to work on Boyd's sentencing during that week.

11. Rather than returning to the Court and asking for additional delay, Boyd requests the March 6, 2026 date so that all preparation and health issues will be resolved and will not interfere with the sentencing date.

12. This Motion is not made for the purpose of delay or to gain an unfair advantage.

13. Undersigned has spoken with the Government concerning this Motion and the requested dates. AUSA Pogozelski informed counsel that the Government takes no position on Boyd's Motion.

Wherefore, Charles Boyd requests that this Motion to Reset Sentencing Date and Extend Time to File PSR Objections be granted, with the requested dates be set for sentencing and PSR objections.

Dated:  January 22, 2026

Respectfully Submitted,

**By: s/ Bruce A. Zimet, Esq.**
Florida Bar No. 0225053
**BRUCE A. ZIMET, P.A.**
1555 Palm Beach Lakes Blvd.
Suite 1400
West Palm Beach, FL 33401
Tel: (561) 508-7741
Tel: (954) 764-7081
Email: BAZ@BruceAZimetLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully Submitted,

**By: s/ Bruce A. Zimet, Esq.**
Florida Bar No. 0225053
**BRUCE A. ZIMET, P.A.**
1555 Palm Beach Lakes Blvd.
Suite 1400
West Palm Beach, FL 33401
Tel: (561) 508-7741
Tel: (954) 764-7081
Email: BAZ@BruceAZimetLaw.com
*Counsel for Charlie Boyd*