UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  24-20255-CR-DIMITROULEAS

   Plaintiff,

vs.

PATRICK BOYD,

   Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant Patrick Boyd's Motion to Reset Sentencing Date and Extend Time [DE-263], and the Court having considered the motion and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the motion is Granted; the Court resets the sentencing to **March 13, 2026 at 1:30 P.M.**

DONE AND ORDEREED in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

USPO