UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-WPD

UNITED STATES OF AMERICA

v.

CHARLES BOYD,
    Defendant.
_____/

## NOTICE OF FILING CHARLES BOYD'S LETTER TO THE COURT

Charles Boyd, through undersigned counsel, files this Notice of Filing Charles Boyd's Letter to the Court. Charles Boyds letter to the Court is attached.

Dated: March 12, 2026

**By: s/ Bruce A. Zimet, Esq.**
Florida Bar No. 0225053
**BRUCE A. ZIMET, P.A.**
1555 Palm Beach Lakes Blvd., Suite 1400
West Palm Beach, FL 33401
Tel: (561) 508-7741
Tel: (954) 764-7081
Email: BAZ@BruceAZimetLaw.com
*Counsel for Charlie Boyd*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  March 12, 2026

By: s/ Bruce A. Zimet, Esq.
Florida Bar No. 0225053
**BRUCE A. ZIMET, P.A.**
1555 Palm Beach Lakes Blvd., Suite 1400
West Palm Beach, FL 33401
Tel: (561) 508-7741
Tel: (954) 764-7081
Email: BAZ@BruceAZimetLaw.com
*Counsel for Charlie Boyd*

Judge Dimitrouleas,

I'm truly am grateful for the. opportunity to write this letter. Never in my life would I have imagined being in this position. I've tried to live a life of strong moral values, a life that honors and respects the laws of our country. America is the greatest country on earth with the greatest justice system ever created, and it's not even close. Although I do not agree, I respect the jury's decision.

I started Safe Chain in 2011 as the only employee. I sat in a large empty building by myself, at a small plastic desk, with my printer on the floor. The next several months were grueling as I worked to setup our infrastructure and warehouse operations. I enjoyed what I was doing and living out my dream of starting and running my own company. We worked with our local economic development department to get started and help create jobs in our distressed county on the Eastern Shore of Maryland. It took several years of hard work but we accomplished that by providing jobs for dozens of local people. We also were able to open locations and create jobs in Louisville, KY, Miami, FL, and Saint George, UT.

I originally started Safe Chain to just be a fulfillment warehouse offering fulfillment and logistics services (not wholesale) to many industries including pharmaceuticals. It wasn't until after almost three years when we fully transitioned into a full-line pharmaceutical wholesaler. This was an easy transition because of the background and contacts my brother Pat had from his previous wholesale pharmaceutical business. Safe Chain continued with the wholesale business model for the next 11 years. We had a family-oriented culture which created an environment that cared for and supported each other. Our employees even continued to do so until the very end last summer when the business had to close its doors for good. Even though it was not the ending we imagined, I'll always cherish the moments we had together and the lifelong relationships we built. We made a positive difference in our communities, the lives of our employees, and I'll always be proud of that.

We started working with Adam Brosius and his company Pharma Sales around 2018. They were a contracted sales organization; the largest Safe Chain worked with contributing to over 50% of our revenue. Originally, their primary customers were retail pharmacies buying specialty products (non-HIV). They also brought with them and maintained the relationships of the drug suppliers needed for their sales. Through this time a relationship was built with Brosius and his company and he earned our trust. In early 2020, we were forced to buyout one of our major shareholders to save the business and Brosius seemed like the perfect fit. He became an equal partner owning

23.33% in April of 2020.

Also in April of 2020, once again Brosius brought to us a new business opportunity of selling HIV medications that would have been "exponential growth for Safe Chain". Brosius again had the relationships with all these new wholesale suppliers and the customer base to go along with it just as has he had done over the previous 2 years for non-HIV drugs. It was the complete package, or so we thought. We would later find out that all of Brosius' suppliers lied to us where they had purchased their products from. Many of these drugs were manufactured by Gilead Sciences. For 15 months, we bought and sold a lot of products from these suppliers. We had a 99.98% successful fulfillment rate with a small number of customer complaints regarding wrong pills in bottles. Both our team at Safe Chain and legal team at Frier Levitt in the Fall of 2020 had been in communication with Gilead and continued dialog with them concerning the customer complaints that had arisen. Unfortunately, Gilead never informed us, and even hid from us, that large amounts of Gilead HIV drugs had entered the black-market, and that Gilead believed that the HIV drugs we were. wholesaling were actually black-market drugs. In February of 2021, Gilead issued a press release to over 50,000 industry professionals through a publication called E-Pharm Alert accusing Safe Chain of creating falsified T3s / Pedigrees (transaction documents). At that point we focused on Gilead having ulterior motives in making these accusations. Unfortunately, by almost exclusively focusing on Gilead we and our attorneys did not focus on the bigger issue of these potentially being black market drugs. Obviously, that was a major mistake.

In July of 2021 Gilead Sciences filed a massive civil lawsuit against Safe Chain, us personally, and many others, including Brosius' suppliers. Gilead on numerous occasions threatened our arrests throughout this civil case. In February of 2024 we reached a mutual settlement with Gilead and thought we could finally get back to our lives and running our company. On June 21st, 2024 we were arrested based on an indictment with claims that mirrored Gilead's civil case accusations.

Through this experience I've been told that my best and worst quality is seeing and believing the best in people. It's unfortunate that it took an experience like this one for me to understand how a quality that should be admirable can also make me incredibly stupid and naive, which I was both. I let myself and company be taken advantage of by career con men which destroyed everything we worked so hard to build. Looking back at it all and knowing what I know now, I should have done more. I should have seen through the deception. I wish I had the ability to go back in time and change things. It's a lesson I've learned the hard way and one I'll remember for the rest of my life.

My actions, and more so my inactions, have not just devastated my life but more important negatively impacted the lives of so many others. First and foremost, My wife Christi and our two teenage boys, Casey and Jack. Their lives will never be the same. I only pray they use this as an opportunity to become stronger, and more resilient in life instead of it derailing their futures. My elderly parents who are both handicapped also heavily relied on my support. I was the first call my father made, even prior to 911, when he had a heart attack and also when he collapsed from kidney failure. He's now in dialysis three days a week and my mother requires a walker and cannot get around on her own. The reality is, the chances of me now ever seeing them alive again are slim. Many of my former employees relied on me for their livelihoods. They and their families counted on me and I failed them. To any and all others who have been impacted by what has happened, I'm sincerely sorry. I never thought my life goal of trying to make a positive impact in the lives of others could also create such a negative impact as well. None of these people asked for or deserved to be hurt, and that's something I'll also always have to live with.

Three things that have guided me throughout my life are my faith, family, and friends. I believe in the basic principles that right should always win vs wrong, that good should always overcome evil, and that truth and justice should always prevail. I also believe a man should be judged by the content of his character. I've made mistakes, lots of them. But I've always acted in good faith. I can't change the past, but what I can do is learn from it and be better moving forward.

I ask your Honor today to judge me by the entirety of the events that occurred, and by the content of my character throughout my life. Please let me salvage the future I have left by continuing to try to make a positive impact on this world and spend time with the ones I love most. Thank you.

Sincerely,

Charlie Boyd

3