# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 30, 2026

Jacqueline Shapiro
Jacqueline E. Shapiro, Esq.
40 NW 3RD ST PH 1
MIAMI, FL 33128-1838



Appeal Number:  26-11018-B
Case Style:  USA v. Charles Boyd
District Court Docket No:  1:24-cr-20255-WPD-3

## CRIMINAL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

<u>Appellant Requirements</u>
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Unless counsel was appointed to represent the appellant, pay to the **District Court** the Filing Fee **OR** File a <u>Motion to Proceed In Forma Pauperis (IFP)</u> in the district court. <u>See</u> FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. <u>See</u> FRAP 24(a)(5).*

2. File in the **District Court** a <u>Transcript Order Form</u> or a certificate stating no transcripts will be ordered. <u>See</u> FRAP 10(b) & the accompanying 11th Cir. IOP.

   *If no transcripts are ordered, appellant's brief is due 40 days after **<u>03/30/2026</u>**, except as otherwise provided by the rules. <u>See</u> 11th Cir. Rules 12-1 and 31-1.*

3. File in this Court (Eleventh Circuit) a <u>Certificate of Interested Persons and Corporate Disclosure Statement (CIP)</u>, **OR** file the CIP at the same time the appellant submits its first filing, **whichever is earlier**. <u>See</u> 11th Cir. R. 26.1-1(a)(1).

4. Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

<u>Additional Appellant Requirements</u>

1. Guilty Plea Issue: If any issue concerning a guilty plea will be raised, the appellant must ensure that the record includes the transcript of the guilty plea colloquy and any written plea agreement. <u>See</u> 11th Cir. R. 30-1(a)(13).

2. Sentencing Issue: If any issue concerning the sentence will be raised, the appellant must ensure that the record includes (a) the transcript of the sentencing proceeding, and (b) the presentence investigation report and addenda (under seal in a separate envelope). <u>See</u> 11th Cir. R. 30-1(a)(14).

<u>Appellee Requirements</u>
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File in this Court (Eleventh Circuit) a <u>CIP</u> or a notice. <u>See</u> 11th Cir. R. 26.1-1(a)(2).

2. Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

<u>Electronic Filing</u>
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at <u>www.pacer.gov</u>. Information and training materials related to electronic filing are available on the Court's website.

<u>Obligation to Notify Court of Change of Addresses</u>
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. <u>See</u> 11th Cir. R. 25-7.

<u>Additional Information</u>
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at <u>www.ca11.uscourts.gov</u>.

<u>Attorney Participation</u>
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. <u>See</u> 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at <u>https://www.ca11.uscourts.gov/bar-admission-status-look.</u>

The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Note to Retained Counsel
Eleventh Circuit Rule 46-10(a) states, "Retained counsel for a criminal defendant has an obligation to continue to represent that defendant until successor counsel either enters an appearance or is appointed under the Criminal Justice Act, and may not abandon or cease representation of a defendant except upon order of the court."

Motions to Withdraw
Counsel who file a motion to withdraw from a criminal appeal must also comply with 11th Cir. R. 27-1(a)(8), (a)(9).

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CRIM 1 - Notice of Docketing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-20255-WPD

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

CHARLES BOYD,

     Defendant.

_____

**NOTICE OF APPEAL**

Notice is hereby given that Charles Boyd, defendant in the above named case,

hereby appeals to the United States Court of Appeals for the Eleventh Circuit from

the final judgment and commitment order, D.E. 287, entered on March 16, 2026.

Respectfully submitted,

/s/ Jacqueline E. Shapiro
Jacqueline E. Shapiro, Esq.
Fla. Bar No. 315885
40 N.W. 3rd Street, PH 1
Miami, Florida 33128
Tel: (305) 403-8207
Counsel for Defendant